UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Docket No. 16-cv-30008

LEE HUTCHINS, SR.
Plaintiff

v.

DANIEL L. MCKAY, ET ALS
Defendants.

---

ANSWER OF THE DEFENDANTS DANIEL L. MCKAY, FELIX M. ROMERO
AND THOMAS HERVIEUX TO THE PLAINTIFF'S COMPLAINT

---

The Defendants Daniel L. McKay, Felix M. Romero and Thomas Hervieux answer the allegations of the Plaintiff's Complaint as follows:

1. The Defendants answering herein admit allegations numbered 2., 3., 4., 5., 7., 8., 13., 20., 24., 28., 37. and 38.

2. The Defendants answering herein deny allegations numbered 9., 10., 11., 12., 19., 25., 30., 31., 32., 33., 36., 39., 46., 47., 49., 50., 52., 53., 55., 56., 63., 64., 66., 67., 69., 70., 72. and 73.

3. The Defendants answering herein lack knowledge sufficient to admit or deny allegations numbered 1., 6., 14., 15., 16., 17., 18., 21., 22., 23., 26., 27., 29., 34., 35., 40., 41., 42., 43., 44., 45., 58., 59., 60. and 61.

4. The Defendants answering herein reassert their previous responses to allegations numbered 48., 51., 54., 57., 62., 65., 68. and 71.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

The Plaintiff has failed to state a claim upon which relief can be granted.

### Second Affirmative Defense

This Honorable Court lacks jurisdiction over the subject matter of this action.

### Third Affirmative Defense

The Defendants answering herein are entitled to qualified immunity to the Plaintiff's claims, or are otherwise privileged in their actions.

### Fourth Affirmative Defense

The Plaintiff has failed to file this action within the time provided by statute for filing such actions.

The Defendants answering herein demand a trial by jury.

FOR THE DEFENDANTS DANIEL L. MCKAY,
FELIX M. ROMERO AND THOMAS HERVIEUX

_____
Kevin B. Coyle
1299 Page Boulevard
Springfield, MA 01104
TEL 413 787 1524
FAX 413 787 1703
BBO 103540
Email: attycoyle

I certify that a copy of this document was served on counsel of record for all parties by filing with the Court's ECF system

February 11, 2016

_____
Kevin B. Coyle

2