UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEE HUTCHINS<br><br>Plaintiff,<br><br>v.<br><br>DANIEL J. MCKAY, FELIX M. ROMERO, THOMAS HERVIEUX, and THE CITY OF SPRINGFIELD<br><br>Defendants | CIVIL ACTION NO. 3:16-cv-30008 |

DEFENDANTS, CITY OF SPRINGFIELD AND DANIEL J. MCKAY, FELIX M. ROMERO, THOMAS HERVIEUX'S, STATEMENT OF UNDISPUTED MATERIAL FACTS

Defendants, City of Springfield, Daniel J. McKay, Felix M. Romero and Thomas Hervieux submit the following Statement of Facts as to which Defendants contend there is no issue to be tried pursuant to Fed. R. Civ. P. 56(c)(1) and Local Rule 56.1:

1. Lee Hutchins, Jr. ("Lee, Jr.") is the father of a child, Ivan Montero. **Page 28, deposition of Lee Hutchins, Jr.** At the time of the incident herein at issue Ivan was 2 years old. **Plaintiff's Complaint ¶ 19.**

2. Vanessa Montero ("Ms. Montero") is the mother of Ivan Montero. **Page 6, deposition of Lee Hutchins, Jr.**

1

3. The Plaintiff, Lee Hutchins, Sr. (Lee, Sr.) owns a two-family home on Daytona Street. The first floor is a tenant apartment. The second and third floors are the residence of Lee, Sr. The second floor consists of a living room, kitchen, bedroom and a bathroom. The third floor has additional bedrooms and a bathroom. **Page 21, deposition Lee Hutchins, Sr**.

4. At the time of the incident, Ivan Montero was staying at Daytona Street, but did not live there full-time; the parents had shared custody. **Page 35, deposition of Lee Hutchins, Sr.**

5. Ivan Montero had arrived at Daytona Street sometime during the day on January 19, 2013, to visit with his father, Lee, Jr. **Page 31, deposition Lee Hutchins, Jr**.

6. At the time of the incident, Keith Hutchins and his girlfriend lived in the basement of Daytona Street. **Page 17, deposition Keith Hutchins; Page 30, deposition of Lee Hutchins, Sr**. The only access to the basement is by way of a back stairway which also leads up to the second floor residence. **Pages 17 and 40, deposition Keith Hutchins; Pages 27 and 61, deposition of Lee Hutchins, Sr**.

7. At the time of the incident, Lee, Jr. lived in a third floor bedroom alone. **Page 38, deposition of Lee Hutchins, Jr**. Mishaia Hutchins and Aahiyah Hutchins also had bedrooms on the third floor of Daytona Street. **Page 38, deposition Lee Hutchins, Jr**.

8. At the time of the incident, the front of the house had a covered porch and the front entrance to the Hutchins home had both a screen-door and a storm-door. **Pages 24, 25, deposition Lee Hutchins, Sr.** Upon entering the front porch door there were stairs that lead directly up to the second floor residence. At the top of those stairs is another door,

2

which opens directly into the kitchen of the Hutchins' residence. **Pages 26, 27, deposition Lee Hutchins, Sr**.

9. In addition to the front entrance, there is a back entrance that goes from the basement to the second floor.

10. Ms. Montero had been calling and texting Lee, Jr. while Lee, Sr., Lee, Jr. and Keith Hutchins during the day of January 19, 2013. Lee, Jr. and Ms. Montero were arguing back and forth. Ms. Montero thought Lee, Jr. had another girlfriend. **Page 44, deposition Keith Hutchins.**

11. At approximately 12:12 p.m., on January 20, 2013, Officer Felix M. Romero ("Romero") and Officer Daniel J. McKay ("McKay") were dispatched to the CVS located on Belmont Avenue to assist Ms. Montero in retrieving her two year old son Ivan from Lee, Jr. **Plaintiff's Complaint ¶ 19; Page 20, deposition of McKay**.

12. On or about 12:00 p.m. on January 20, 2013, Romero and McKay arrived to assist Ms. Montero in retrieving Ivan Montero from Lee, Jr. **Police Report 1/20/2012, page 1**. The officers had been dispatched to the CVS on Belmont Avenue in Springfield to meet Ms. Montero. When Romero and McKay arrived at the CVS, Ms. Montero stated she no longer needed their assistance. **Pages 20-22, deposition of Daniel McKay.**

13. However, shortly thereafter, Ms. Montero requested police assistance in getting her child when she encountered the police officers at Dunkin Donuts. Ms. Montero told Romero and McKay that she needed assistance in retrieving her child. **Page 16, Deposition of Felix. Romero; Page 23; deposition of Daniel McKay.**

14. Romero and McKay followed Ms. Montero to Daytona Street. **Page 25, deposition of Daniel McKay.**

3

15. Romero and McKay knocked on the front door of Daytona Street and someone came and opened the door. **Pages 28-29, deposition of Daniel McKay; Page 19, deposition of Felix Romero.**

16. The door was opened by Lee, Sr. and/or his stepson, Tyshon Faust, or "someone" who was residing there at the time of the incident. **Page 13, deposition Lee Hutchins, Sr.; Lee Hutchins, page 20, deposition of Daniel McKay**.

17. The person who answered the door at Daytona Street was told that Ms. Montero was seeking return of Ivan Montero. The response was civil. **Page 29, deposition Daniel McKay.**

18. When Romero and McKay knocked on the door they woke up Lee, Sr. as well as several other occupants of the residence. Lee, Sr. advised Romero and McKay that Ivan and Lee, Jr. were asleep on the third floor. **Plaintiff's Complaint ¶ 21**.

19. Lee, Sr. then told Romero and McKay that he would go up to the third floor and get Ivan Montero. **Plaintiff's Complaint ¶ 23; Page 47, deposition Lee Hutchins, Sr**.

20. The front door of Daytona Street was left open. **Page 30, deposition of Daniel McKay; Page 21, deposition of Felix Romero.**

21. Romero and McKay waited on the front porch for approximately ten (10) minutes, before they decided to go upstairs and knocked on the second floor door. **Pages 30-31, deposition of Daniel McKay; Page 22, deposition of Felix Romero.**

22. Romero and McKay initially had a cordial conversation with the person who opened the second floor door. That person informed Romero and McKay that the child, Ivan Montero, would be brought down to them. **Page 31, deposition Daniel McKay; Page 22, deposition Felix Romero.**

4

23. Lee, Sr. went up to Lee, Jr.'s room, picked Ivan Montero up, and told Lee, Jr. that police officers were here to get Ivan and that Ms. Montero had sent them. **Page 54, deposition Lee Hutchins, Sr.**

24. Romero and McKay were already in the kitchen when Lee, Sr. returned from the third floor with the child, Ivan Montero. **Page 56, deposition of Lee Hutchins, Sr.**

25. Lee, Sr. never instructed the officers not to enter the residence. **Page 50, deposition of Lee Hutchins, Sr.**

26. When Lee, Sr. returned to the kitchen with the Ivan Montero, Keith Hutchins was arguing with Romero and McKay, and instructing the officers to leave. **Page 58, deposition of Lee Hutchins, Sr.**

27. When Lee, Sr. woke Lee, Jr., Lee, Jr. was upset, jumped out of bed and went downstairs. Lee, Jr. was very upset with Ms. Montero for calling the police. He ranted about being sick of her and/or he ranted he was going to mess her up and/or f*** the bitch up. **Page 64, deposition Lee Hutchins, Sr.; Page 31, deposition of Daniel McKay; Plaintiff's Complaint ¶27.**

28. Keith Hutchins had gone from his basement apartment upstairs to the second floor to get a cigarette from his father, Lee, Sr. when he encountered Romero and McKay standing in the doorway of the kitchen. **Page 36, deposition Keith Hutchins**. Keith Hutchins asked Romero and McKay why they were and told them to leave, that they had no permission and no warrant. **Page 38, deposition Keith Hutchins**.

29. Keith Hutchins told Romero and McKay to get the f*** out, a verbal altercation then took place. Lee, Jr. had come running down from the third floor to the second floor and said in the presence of Romero and McKay "I'm going to f*** that bitch up". **Page 31,**

5

**deposition of Daniel McKay.** Lee, Jr. then ran out the back door and down the back stairs to confront Ms. Montero. **Pages 41, 42, deposition Keith Hutchins; Page 25, deposition of Felix Romero; Plaintiff's Complaint ¶ 27**.

30. Keith Hutchins went down the front stairs with Lee, Sr. **Page 69, deposition Lee Hutchins, Sr.; Page 43, deposition Keith Hutchins**.

31. Romero exited the second floor and proceeded out of the house and noted that Ms. Montero was outside by the car she had arrived in. **Page 27, deposition Felix Romero**.

32. Romero and McKay observed the confrontation between Ms. Montero, Lee, Jr. and Keith Hutchins which was verbal as well as physical with both Lee, Jr. and Keith Hutchins pushing and shoving Ms. Montero. **Page 27, deposition Felix Romero**.

33. Romero told Lee, Jr. that if he continued the verbal and physical assault that he would be placed under arrest. At that point, Lee, Jr. turned around and began punching Romero in the head and Keith Hutchins also turned around and engaged in a physical altercation with Romero. **Pages 28, 29, deposition Felix Romero**.

34. There was a physical altercation between the three of them; Romero, Lee, Jr. and Keith Hutchins. **Page 30, deposition of Felix Romero**.

35. Keith Hutchins went to pull the officer off of his brother, Lee, Jr. **P. 84, depo. Lee Hutchins, Sr.** Two officers were fighting with Keith Hutchins, and all three of them fell to the ground. **P. 84, depo. Lee Hutchins, Sr.** Lee, Jr. got away at that time. **P. 84, depo. Lee Hutchins, Sr.**

36. By the time Lee, Sr. got outside Romero and McKay were already engaged with Lee, Jr. Lee, Sr. tried to calm Keith Hutchins down. **Page 70, deposition Lee Hutchins Senior**.

6

37. Lee, Sr. grabbed at an officer's baton and McKay warned him to let go of the baton or he would be maced. **Page 86, deposition Lee Hutchins, Sr.; Lee Hutchins, Sr.'s Answer to Interrogatory.**

38. Lee, Sr. was sprayed with pepper spray after being warned to drop the baton. **Pages 88, 100, deposition Lee Hutchins, Sr.; Lee Hutchins, Sr.'s Answer to Interrogatories # 14.**

39. Lee, Sr. was arrested and charged with assault and battery on Romero, assault and battery on McKay, disorderly conduct and resisting arrest. **Arrest Report of Lee, Sr.**

40. Lee, Jr. was arrested and charged with two (2) counts of assault and battery on a police officer, assault and battery (domestic), disorderly conduct and resisting arrest. **Arrest Report of Lee, Jr.**

41. Lee, Jr. plead guilty to four (4) counts, one (1) count was nolle prossed. **Transcript of Hearing.**

42. Keith Hutchins was arrested and charged with two (2) counts of assault and battery on a police officer, assault and battery (domestic), disorderly conduct and resisting arrest. **Arrest Report of Keith Hutchins.**

43. Keith Hutchins plead guilty to four (4) counts, one (1) count was nolle prossed. **Transcript of Hearing.**

44. In discovery responses Springfield provided the Plaintiff with the following documents: Springfield Police Dept. Training Record, the CPHB Annual Report for years 2014 and 2015; and the SPD Rules and Regulations and general orders updated to 2016[1]. The

---

[1] These are not attached as the number of pages is excessive; they are available should the court want them.

7

uncontroverted documents produced establish that the City of Springfield has ongoing training, discipline and investigative policies.

RESPECTFULLY SUBMITTED,

| THE DEFENDANT<br>CITY OF SPRINGFIELD<br>By its attorneys | THE DEFENDANTS<br>DANIEL J. MCKAY,<br>FELIX M. ROMERO, and<br>THOMAS HERVIEUX<br>By their attorney |
|---|---|
| /s/ Lisa C. deSousa | /s/ Kevin B. Coyle |
| /s/ Kathleen E. Sheehan | |
| Lisa C. deSousa, Esq. BBO # 546115<br>Kathleen E. Sheehan, Esq. BBO 456910<br>City of Springfield Law Department<br>36 Court Street, Room 210<br>Springfield, MA 01103<br>Phone: 413-787-6085<br>Fax: 413-787-6173<br>ldesousa@springfieldcityhall.com<br>ksheehan@springfieldcityhall.com | Kevin B. Coyle, Esq.<br>BBO # 103540<br>1299 Page Blvd.<br>Springfield, MA 01104<br>Phone: 413-787-1524<br>Fax: 413-787-1703<br>attycoyle@aol.com |

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Date: March 10, 2017

By: /s/ Kathleen E. Sheehan, Esq.
Kathleen E. Sheehan, Esq.