# CLERK'S NOTICE

This exhibit was submitted on a DVD Disc containing video and audio recording.

Therefore. The exhibit can not be scanned. The original DVD Disc is available in the Clerk's Office