

# Sasson Turnbull Ryan & Hoose

*Experience. Dedication. Integrity.*

HOWARD S. SASSON

CYNTHIA J. TURNBULL

LUKE RYAN

DAVID P. HOOSE

April 7, 2017

Bethaney Healy,
Div. Manager & Courtroom Deputy for
The Honorable Michael A. Ponsor
United States Courthouse
300 State Street
Springfield, MA 01105

Re:   *Lee Hutchins v. Daniel McKay, et al., 16-cv-30008-MAP*

Dear Ms. Healy:

Earlier this afternoon, I filed two pleadings and attempted to attach a video recording as an exhibit to each. *See* Dkt. No. 43, Ex. G & Dkt. No. 44, Ex. C. I was not able to do so and led to believe that ECF system does not permit this.

On Monday, April 10, 2017, I will file CDs containing the video by hand. I apologize for any inconvenience this may cause.

Thank you for your time and attention to this matter.

Sincerely,

Luke Ryan

Cc:   Kathleen E. Sheehan
      Lisa C. DeSousa
      Kevin B. Coyle