# EXHIBIT C



# EXHIBIT G

