## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |
|---|---|
| LEE HUTCHINS, SR. | \* |
| Plaintiff, | \* |
|  | \* CIVIL ACTION NO.  16-cv-30008 |
| v. | \* |
|  | \* |
| DANIEL J. MCKAY, FELIX M. | \* |
| ROMERO, THOMAS HERVIEUX, and | \* |
| THE CITY OF SPRINGFIELD | \* |
|  | \* |
| Defendants | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTTIFF'S SUPPLEMENTAL BRIEF IN RESPONSE TO CITY OF SPRINGFIELD'S MOTION TO BIFURCATE

On May 17, 2017, at a hearing on the City of Springfield's Motion to Bifurcate (Dkt. No. 32), the Court raised the possibility of exercising its discretion to allow the motion and try the case against the City first.  If the Court were to do so, the concerns expressed in Plaintiff's opposition to the motion to bifurcate (Dkt. No. 50) would be moot and Plaintiff would withdraw his opposition.

1

Respectfully Submitted,
THE PLAINTIFF,

By ___/s/ Luke Ryan___
LUKE RYAN, BBO#664999
SASSON, TURNBULL, RYAN & HOOSE
100 Main Street, Third Floor
Northampton, MA  01060
(413) 586-4800

## CERTIFICATE OF SERVICE

I, LUKE RYAN, hereby state that the foregoing was filed through the ECF
system and sent electronically to the registered participants as identified on the Notice of
Electronic Filing (NEF) on June 14, 2017.

/s/ Luke Ryan, Esq.
BBO#664999
Sasson, Turnbull, Ryan & Hoose
100 Main Street, 3rd floor
Northampton, MA  01060
(413) 586-4800
Fax:  (413) 582-6419

2