# United States Court of Appeals
## For the First Circuit

No. 18-1145

LEE HUTCHINS

Plaintiff - Appellee

v.

DANIEL J. MCKAY; FELIX M. ROMERO; THOMAS HERVIEUX; CITY OF SPRINGFIELD

Defendants - Appellants

**CORRECTED JUDGMENT**

Entered: May 16, 2018[*]
Pursuant to 1st Cir. R. 27.0(d)

By order entered April 3, 2018, defendants-appellants Daniel J. McKay, Felix M. Romero, Thomas Hervieux and City of Springfield were directed to show cause in writing as to why this appeal should not be dismissed as duplicative of Appeal No. 18-1144. Defendants-appellants were warned that failure to respond by April 17, 2018, would lead to dismissal for lack of diligent prosecution.

Defendants-appellants having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with 1st Cir. R. 3.0(b). Defendants-appellants' appeal shall proceed under No. 18-1144.

Mandate to issue forthwith.

By the Court:

/s/ Margaret Carter, Clerk

---

[*] This judgment corrected the date of entry.

cc:
Luke S. Ryan
Kevin Barry Coyle
Lisa Caryl deSousa