# United States Court of Appeals
## For the First Circuit

No. 18-1144

LEE HUTCHINS,

Plaintiff, Appellee,

v.

DANIEL J. MCKAY; FELIX M. ROMERO;
THOMAS HERVIEUX; CITY OF SPRINGFIELD,

Defendants, Appellants.

Before

Torruella, Lynch, and Thompson,
Circuit Judges.

**JUDGMENT**

Entered: November 8, 2018

On May 25, 2018, this court issued a show cause order directing the appellants to demonstrate why this appeal should not be dismissed for lack of jurisdiction. The order noted that "[u]pon review of the record, it appears that this court may not have jurisdiction to consider the appeal because the denial of qualified immunity may have been based on the existence of disputed issues of fact." Order dated May 25, 2018, at p. 1 (citing Tang v. State of R.I., Dept. of Elderly Affairs, 120 F.3d 325, 326 (1st Cir. 1997)); see McKenney v. Mangino, 873 F.3d 75, 80 (1st Cir. 2017) (court has jurisdiction to review an interlocutory denial of qualified immunity only so long as the ruling is "purely legal in nature").

We are in receipt of the appellants' response to the show cause order. That response fails to address our concern that the district court's denial of qualified immunity appears to have been based on the existence of genuine issues of material fact. It is not sufficient to assert that we have jurisdiction solely because the appellants have asserted a defense of qualified immunity. See id. The appellants bear the burden of establishing that we have jurisdiction. See U.S. Fidelity & Guar. Co. v. Arch Ins. Co., 578 F.3d 45, 55 (1st Cir. 2009) (citations and internal quotation marks omitted). Because the appellants' response fails to address the concerns highlighted in our show cause order, we dismiss this matter for lack of jurisdiction.

Appeal dismissed. See 1st Cir. R. 27.0(c).

By the Court:

Maria R. Hamilton, Clerk

cc:
Luke S. Ryan
Kevin Barry Coyle
Lisa Caryl deSousa