## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEE HUTCHINS, SR.<br><br>    Plaintiff,<br><br>v.<br><br>DANIEL J. MCKAY, FELIX M. ROMERO, THOMAS HERVIEUX, and THE CITY OF SPRINGFIELD<br><br>    Defendants | NO. 16-cv-30008-NMG |

### JOINT STATUS REPORT ON THE STATUS OF THE APPEAL

Now come the parties and report that on November 8, 2018, the United States Court of Appeals for the First Circuit dismissed the Defendants' appeal.

Respectfully Submitted,

THE PLAINTIFF,

By     /s/ Luke Ryan
LUKE RYAN, BBO#664999
SASSON, TURNBULL, RYAN & HOOSE
100 Main Street, Third Floor
Northampton, MA  01060
(413) 586-4800

The Defendants,
City of Springfield, Thomas Hervieux,
Daniel J. McKay and Felix M. Romero

By: /s/ Lisa C. deSousa
Lisa C. deSousa, Esq. BBO # 546115
City of Springfield Law Department
1600 E. Columbus Ave., 2nd Floor
Springfield, MA 01103
Phone: 413-886-5205
Fax: 413-750-2363
ldesousa@springfieldcityhall.com

**CERTIFICATE OF SERVICE**

I, LUKE RYAN, hereby state that the foregoing was filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 27, 2018.

 /s/ Luke Ryan, Esq.
BBO#664999
Sasson, Turnbull, Ryan & Hoose
100 Main Street, 3rd floor
Northampton, MA  01060
(413) 586-4800
lryan@strhlaw.com