# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * *
                              *
LEE HUTCHINS, SR.             *
                              *
        Plaintiff,            *       NO.  16-cv-30008-NMG
                              *
                              *
    v.                        *
                              *
DANIEL J. MCKAY, FELIX M.     *
ROMERO, THOMAS HERVIEUX, and  *
THE CITY OF SPRINGFIELD       *
                              *
        Defendants            *
                              *
                              *
* * * * * * * * * * * * * * * *
```

## PLAINTIFF'S EXHIBIT LIST

*Selected Plaintiff Medical Records*

| No. | Pages | Date(s) | Author/Source | Description |
|---|---|---|---|---|
| 1 | 11 | 6.28.04 | Baystate Medical Center | ER Records |
| 2 | 2 | 7.13.04 | Occupational Health & Rehabilitation Inc. | Treatment Note |
| 3 | 2 | 11.22.04 | Boston Neurological Services, P.C. | Letter to Frank Antonucci, Esq. |
| 4 | 4 | 8.18.05 | Pioneer Spine & Sports Physicians, P.C. | Letter to Richard Anderson, M.D. |
| 5 | 1 | 9.20.05 | Pioneer Spine & Sports Physicians, P.C. | Progress Note |
| 6 | 2 | 9.24.05 | Baystate Medical Center | ER Records |
| 7 | 1 | 10.13.15 | Mercy Medical Center | Procedure Note |
| 8 | 1 | 5.26.06 | Baystate High Street Health Center Adult Medicine | Ambulatory Intake History |

| 9 | 3 | 6.27.06 | Pain Management Services | Treatment Note |
|---|---|---|---|---|
| 10 | 2 | 11.20.06 | Pain Management Services | Treatment Note |
| 11 | 11 | 12.23.06 | Social Security Administration | Notice of Decision, Order & Decision |
| 12 | 1 | 9.20.07 | Baystate High Street Health Center Adult Medicine | Follow-Up Visit Med |
| 13 | 1 | 7.4.08 | Baystate High Street Health Center Adult Medicine | Neurological Data |
| 14 | 1 | 9.23.11 | Masslive | Report on Fire @ 51-53 Daytona |
| 15 | 3 | 12.29.11 | Baystate High Street Health Center Adult Medicine | General Medicine Office Note |
| 16 | 1 | 12.19.12 | Baystate High Street Health Center Adult Medicine | PACU Pain Assessment Data |
| 17 | 3 | 1.15.13 | Baystate High Street Health Center Adult Medicine | Neurological Data & Patient Education/Instruction |
| 18 | 3 | 1.28.13 | Baystate High Street Health Center Adult Medicine | Ambulatory Intake History |
| 19 | 1 | 5.28.13 | Baystate High Street Health Center Adult Medicine | Ambulatory Intake History |
| 20 | 9 | 2.19.14 | Baystate High Street Health Center Adult Medicine | Ambulatory Intake History & General Medicine Office Note |
| 21 | 1 | 3.5.14 | Baystate High Street Health Center Adult Medicine | General Medicine Office Note |
| 22 | 1 | 7.10.14 | Baystate High Street Health Center Adult Medicine | General Medicine Office Note |
| 23 | 1 | 8.19.14 | Baystate High Street Health Center Adult Medicine | General Medicine Office Note |
| 24 | 1 | 10.2.14 | Baystate High Street Health Center Adult Medicine | General Medicine |
| 25 | 1 | 11.13.14 | Baystate High Street Health Center Adult Medicine | General Medicine |

| 26 | 51 | 12.2.14 – 1.28.15 | Baystate Rehabilitation | Treatment Notes – 13 visits |
|----|----|----|----|----|
| 27 | 2 | 8.20.15 | Baystate Medical Center | General Medicine |
| 28 | 1 | 8.31.15 | Baystate Medical Center | General Medicine |
| 29 | 3 | 9.2.15 | Baystate Medical Center | Physical Medicine & Rehabilitation Office Note |
| 30 | 3 | 9.16.15 | Baystate Medical Center | General Medicine |
| 31 | 1 | 4.15.16 | Baystate Medical Center | General Medicine |
| 32 | 3 | 4.21.16 | Social Security Administration | Notice |
| 33 | 1 | 5.2.16 | Baystate Medical Center | Neurological Data |

*McKay's Personnel File and Selected IIU Files*

| No. | Pages | Date(s) | Author/Source | Description |
|-----|-------|---------|---------------|-------------|
| 34 | 9 | N/A | Springfield Police Department | McKay's Personnel File |
| 35 | 37 | 2.18.10 | Sgt. Stephen Wyszynski | Ex. 49C – SO#09-243S |
| 36 | 14 | 9.3.10 | Sgt. Richard Pelchar | Ex.49D – SO#10-150De |
| 37 | 9 | 9.16.10 | Capt. Eugene Dexheimer | Ex. 49A |
| 38 | 10 | 12.27.11 | Sgt. Stephen Wyszynski | Ex. 49C – SO#11-148Anonymous |
| 39 | 21 | 11.8.12 | Sgt. Stephen Wyszynski | Ex. 49D – SO#12-103M |

*Romero's Personnel File and Selected IIU Files*

| No. | Pages | Date(s) | Author/Source | Description |
|-----|-------|---------|---------------|-------------|
| 40 | 64 | 10.1.11 – 3.28.12 | Multiple | Romero Performance Evaluations |
| 41 | 15 | 2.23.12 | Sergeant Stephen W. Wyszynski | Ex. 4B – SO#12-0221 |

*Selected Portions of Hervieux's Personnel File & IIU History*

| No. | Pages | Date(s) | Author/Source | Description |
|-----|-------|---------|---------------|-------------|
| 42 | 1 | 7.11.02 | Holyoke Community College | Academic Record – 1991-1993 |
| 43 | 20 | 9.1.00 | Thomas Hervieux | SPD Personal History Statement |
| 44 | 3 | 10.12.00 | William Cochrane | Background Investigation Report – Thomas Hervieux |
| 45 | 1 | 6.7.02 | Dep't of Army & Air Force MA Nat'l Guard | Orders 158-205 |
| 46 | 1 | 6.30.02 | Sgt. A. Witkowsky | Officer Performance Evaluation – Thomas Hervieux |
| 47 | 1 | 7.5.02 | Lt. William Collins | Officer Performance Evaluation – Thomas Hervieux |
| 48 | 1 | 7.5.02 | Lt. Eugene Dexheimer | Officer Performance Evaluation – Thomas Hervieux |
| 49 | 1 | 7.9.02 | Thomas Hervieux | Letter to Chief Meara |
| 50 | 29 | 7.12.02 | Lt. Robert Cheetham & Sgt. Norman Charest | Ex. 47B |
| 51 | 1 | 4.22.04 | Lt. William Collins | Special to Chief Meara |
| 52 | 2 | 3.17.05 | Paula Meara | Written Warning |
| 53 | 11 | 11.2.07 | Sgt. James Rosso | Ex. 47A |
| 54 | 24 | 6.13.08 | Sgt. Richard Pelchar | Ex. 47G |
| 55 | 13 | 5.26.09 | Sgt. Richard Pelchar | Ex. 47J |
| 56 | 1 | 6.26.09 | Matthew Studley | Verification of Attendance |
| 57 | 4 | 7.29.09 | Barnstable Police Department | Incident Report & Officer Narratives |
| 58 | 1 | 8.3.09 | Thomas Hervieux | Request for Replacement Badge |
| 59 | 2 | 2.8.10 | Thomas Hervieux | Memo to Fitchet |
| 60 | 1 | 8.24.10 | Dep't of Army Landstuhl Regional Med. Ctr.: | Orders A-08-023835 |
| 61 | 1 | 2.17.11 | Dep't of Army HQ, US Army Medical Fort Sam, TX | MCHR-MA Orders A-02-103453 |

| 62 | 1 | 10.18.11 | Dep't of Army, Installation Management Command | Orders 291-1001 |
| 63 | 1 | 10.26.11 | William Fitchet | Return to Duty – Officer Thomas Hervieux |
| 64 | 24 | 3.2.12 | Sgt. Richard Hottin | Ex. 47K |
| 65 | 14 | 10.1.12 | Sgt. Richard Pelcher | Ex. 47L |
| 66 | 2 | 11.07.12 | Diane Hill, Arbella Insurance Group | Request to Respond to Hervieux claim of lost wages & Wage & Salary Verification |

*SPD General Orders & CPHB Reports*

| No. | Pages | Date(s) | Author/Source | Description |
|---|---|---|---|---|
| 67 | 8 | 1981 | Springfield Police Depart | Rule 15 – Police Officer |
| 68 | 8 | 1981 | Springfield Police Department | Rule 29 – Conduct of Members |
| 69 | 4 | 1981 | Springfield Police Department | Rule 32 – Charges & Hearing |
| 70 | 1 | 1981 | Springfield Police Department | Rule 35 - Internal Investigation Unit |
| 71 | 1 | 3.4.10 | William Fitchet | General Order 10-05 |
| 72 | 2 | 3.22.10 | William Fitchet | General Order 10-06 |
| 73 | 6 | 3.19.12 | William Fitchet | General Order 12-06 |
| 74 | 2 | 3.15.1 | Paula Meara | General Order 100.15 – Code of Ethics |
| 75 | 5 | 1.1.15 | John R. Barbieri | General Order 100.20 – Use of Force |
| 76 | 3 | 1.1.15 | John R. Barbieri | General Order – 500.50 – Impact Tactics |
| 77 | 3 | 3.15.01 | Paula Meara | General Order 500.60 - Oleoresin Capsicum Spray |
| 78 | 35 | 5.11.12 | Community Police Hearing Board | 2011 Annual Report |
| 79 | 36 | 3.20.14 | Community Police Hearing Board | 2012-13 Annual Report |

*Court Documents*

| No. | Pages | Date(s) | Author/Source | Description |
|-----|-------|---------|---------------|-------------|
| 80 | 8 | 4.10.17 | Springfield District Court | Official Docket for <u>Commonwealth v. Lee Hutchins</u>, Dkt. No. 1323CR323 |
| 81 | 7 | 2.17.17 | USDC Mass. | Civil Docket for Case # 3:02-cv-30074-MAP |

*Documents in Ververis & Cruz Cases*

| No. | Pages | Date(s) | Author/Source | Description |
|-----|-------|---------|---------------|-------------|
| 82 | 1 | 10.31.11 | William Fitchet | Written Reprimand -- Roberson |
| 83 | 1 | 10.31.11 | William Fitchet | Written Reprimand - Mitchel |
| 84 | 1 | 11.7.11 | William Fitchet | Letter to Michael Ververis |
| 85 | 3 | 7.9.12 | William Fitchet | Letter to Natalie Cruz |
| 86 | 15 | 6.4.12 | Richard C. Hottin | IIU Report |

*Videos*

| No. | Date(s) | Description |
|-----|---------|-------------|
| 87 | 1.9.11 | Video of Ververis arrest |
| 88 | 10.9.11 | Springfield Police Brutality, Springfield's Finest |
| 89 | 1.20.13 | Footage of Plaintiff post-arrest |
| 90 | 1.20.13 | Plaintiff's Booking |
| 91 | 12.18.18 | Walkthrough of 51 Daytona |

*Photographs*

| No. | Pages | Author/Source | Description |
|-----|-------|---------------|-------------|
| 92 | 6 | SPD | Pl.'s Initial Disclosure, Ex. 23 – Booking Photos of Keith Hutchins (Jan. 20, 2013) |
| 93 | 1 | MassLive | Photograph of 51-53 Daytona Street post-2011 fire (Sept. 14, 2011) |
| 94 | 2 | Plaintiff | Traditional native jewelry |
| 95 | 1 | Google maps | Daytona Street front |
| 96 | 1 | Google maps | Daytona Street – aerial |
| 97 | 1 | Google maps | Bowles Street – aerial |
| 98 | 1 | Google maps | Church Street – aerial |
| 99 | 1 | Google maps | E. Columbus Street – aerial |
| 100 | 1 | Google maps | Knox Street - Aerial |
| 101 | 1 | Google maps | Orleans Street – Aerial |
| 102 | 1 | Google maps | Pearl Street – front |
| 103 | 1 | Google maps | Pearl Street - Aerial |
| 104 | 1 | Google maps | Springfield – satellite view |
| 105 | 1 | Google maps | Stearns – Aerial |
| 106 | 1 | Google maps | Sumner Ave – Front |
| 107 | 1 | Google maps | Sumner Ave – aerial |
| 108-121 | 14 | Plaintiff | Photos inside/outside of Daytona Street |
| 122 | 1 | Plaintiff | Plaintiff's family tree |

THE PLAINTIFF


By:  /s/ Luke Ryan
LUKE RYAN, BBO# 664999
DAVID HOOSE, BBO# 239400
SASSON, TURNBULL, RYAN & HOOSE
100 Main Street, 3rd Floor
Northampton, MA 01060
(413) 586-4800
lryan@strhlaw.com


## CERTIFICATE OF SERVICE

I, LUKE RYAN, hereby state that the foregoing was filed through the ECF system and

sent electronically to the registered participants as identified on the Notice of Electronic Filing

(NEF) on January 10, 2019.


/s/ Luke Ryan, Esq.
BBO#664999
Sasson, Turnbull, Ryan & Hoose
100 Main Street, 3rd floor
Northampton, MA  01060
(413) 586-4800
lryan@strhlaw.com