United States District Court
District of Massachusetts

*FILED IN OPEN COURT 1/30/19 CL*

Lee Hutchins, Sr.,  )
       Plaintiff,  )
       v.  )   Civil No. 16-30008-NMG
Daniel McKay, Felix Romero, Thomas  )
Hervieux and The City of Springfield,  )
       Defendants.  )

## Verdict Form

WE, THE JURY, UNANIMOUSLY FIND THAT:

### CLAIMS AGAINST THE INDIVIDUAL OFFICERS

**Federal Law Claim – Unlawful Entry**

1. Has plaintiff proved that either Officer McKay or Officer Romero unlawfully entered plaintiff's residence?

   As to Defendant McKay:   Yes ✓   No ____

   As to Defendant Romero:   Yes ✓   No ____

If you answer Question 1 "YES" with respect to EITHER officer, proceed to Question 1A. If you answer Question 1 "NO" with respect to BOTH officers, proceed to Question 2.

   1A. Was the unlawful entry by either Officer McKay or Officer Romero the proximate cause of plaintiff's alleged damages?

   As to Defendant McKay:   Yes ____   No ✓

   As to Defendant Romero:   Yes ____   No ✓

**Federal Law Claim - Excessive Force**

2. Has plaintiff proved that either Officer McKay or Officer Hervieux violated plaintiff's constitutional rights by using excessive force during plaintiff's arrest on January 20, 2013?

   As to Defendant McKay:        Yes _____    No ✓

   As to Defendant Hervieux:     Yes ✓         No _____

**If you answer Question 2 "YES" with respect to EITHER officer, proceed to Question 2A. If you answer Question 2 "NO" with respect to BOTH officers, proceed to Question 3.**

2A. Has plaintiff proved that the use of excessive force by either Officer McKay or Officer Hervieux proximately caused plaintiff's alleged damages?

   As to Defendant McKay:        Yes _____    No ✓

   As to Defendant Hervieux:     Yes ✓         No _____

**State Law Claim - Assault and Battery**

3. Has plaintiff proved that either Officer McKay or Officer Hervieux committed assault and battery against plaintiff when arresting him?

   As to Defendant McKay:        Yes _____    No ✓

   As to Defendant Hervieux:     Yes ✓         No _____

**If you answer Question 3 "YES" with respect to EITHER officer, proceed to Question 3A. If you answer Question 3 "NO" with respect to BOTH officers, proceed to Question 4.**

3A. Has plaintiff proved that such assault and battery against plaintiff by either Officer McKay or Officer Hervieux proximately caused plaintiff's alleged damages?

   As to Defendant McKay:        Yes _____    No ✓

   As to Defendant Hervieux:     Yes ✓         No _____

**State Law Claim - Abuse of Process**

4. Has plaintiff proved that any of the individual defendants listed below sought criminal charges against him for an ulterior purpose?

   As to Defendant McKay:      Yes _____    No ___✓___

   As to Defendant Romero:     Yes _____    No ___✓___

   As to Defendant Hervieux:   Yes _____    No ___✓___

**If you answer Question 4 "YES" with respect to ANY officer, proceed to Question 4A. If you answer Question 4 "NO" with respect to ALL officers, proceed to Question 5.**

4A. Has plaintiff proved that the criminal charges against him initiated by any of the defendants listed below proximately caused plaintiff's alleged damages?

   As to Defendant McKay:      Yes _____    No _____

   As to Defendant Romero:     Yes _____    No _____

   As to Defendant Hervieux:   Yes _____    No _____

**State Law Claim - Malicious Prosecution**

5. Has plaintiff proved that any of the individual defendants listed below maliciously instituted criminal proceedings against him with an improper motive and without probable cause?

   As to Defendant McKay:      Yes _____    No ___✓___

   As to Defendant Romero:     Yes _____    No ___✓___

   As to Defendant Hervieux:   Yes _____    No ___✓___

**If you answer Question 5 "YES" with respect to ANY officer, proceed to Question 5A. If you answer Question 5 "NO" with respect to ALL officers, proceed to the instructions BEFORE Question 6.**

5A. Has plaintiff proved that such malicious prosecution against him instituted by any of the defendants listed below proximately caused plaintiff's alleged damages?

| | | |
|---|---|---|
| As to Defendant McKay: | Yes _____ | No _____ |
| As to Defendant Romero: | Yes _____ | No _____ |
| As to Defendant Hervieux: | Yes _____ | No _____ |

**If you answered Question 2A "YES" with respect to either defendant McKay or defendant Hervieux, proceed to Question 6. If you answered Question 2A "NO" with respect to both defendant McKay and defendant Hervieux, proceed to the <u>INSTRUCTION ON DAMAGES</u>, below.**

<u>CLAIM AGAINST THE CITY OF SPRINGFIELD</u>

6. Has plaintiff proved that the City of Springfield was deliberately indifferent to the civil rights of its citizens through a policy or custom of inadequately supervising or disciplining its officers?

   Yes ✓          No _____

**If you answer Question 6 "YES", proceed to Question 6A. If you answer Question 6 "NO", proceed to the <u>INSTRUCTION ON DAMAGES</u>, below.**

6A. Has plaintiff proved that the City's offending policy or custom caused either Officer McKay or Officer Hervieux, or both, to use excessive force against plaintiff?

   Yes ✓          No _____

<u>INSTRUCTION ON DAMAGES</u>

**If you answer any part of Questions 1A, 2A, 3A, 4A <u>OR</u> 5A, "YES", proceed to Question 7 with respect to the defendant (or defendants) as to whom you so answered. Otherwise, your deliberations are complete.**

7. Enter below (in words and in numbers) the amount of compensatory damages, if any, you award to plaintiff caused by the conduct of defendants McKay and/or Romero as to whom you have answered Question 1A "YES":

   Unlawful Entry:

   (Words) _____

   (Numbers) $_____

8. Enter below (in words and in numbers) the amount of compensatory damages, if any, you award to plaintiff caused by the conduct of defendants McKay and/or Hervieux as to whom you have answered Question 2A or 3A "YES":

   Excessive Force/Assault and Battery:

   (Words)  Two-Hundred Fifty Thousand Dollars only

   (Numbers) $ 250,000

9. Enter below (in words and in numbers) the amount of compensatory damages, if any, you award to plaintiff caused by the conduct of defendants McKay, Romero and/or Hervieux as to whom you have answered Question 4A or 5A "YES":

   Abuse of Process/Malicious Prosecution:

   (Words) _____

   (Numbers) $_____

10. If you answered any part of Questions 1A, 2A, 3A, 4A or 5A "YES" but you did not award plaintiff compensatory damages, do you award nominal damages to plaintiff for the violation(s) found?

    Yes _____      No _____

YOUR DELIBERATIONS ARE COMPLETE. THE FOREPERSON WILL SIGN THE VERDICT FORM AND NOTIFY THE MARSHAL IN WRITING THAT THE JURY HAS COME TO A DECISION WITHOUT REVEALING THE VERDICT TO THE MARSHAL.

Date: 1/30/19          Jury Foreperson: _____