For question 1A, does the question mean that damages was directly caused by question 1, or does it mean the entering ultimately lead to the overall incident and damages?

1:13 pm            1/29/19

Can we ~~have~~ ˢᵉᵉ the post arrest video, exhibit 89? It is not loading on the device in the jury room.

2:30pm          1/29/19          [signature]

(unavailable in jury room; jury is invited back to ctrm to view video 1 min in duration - played 2x) (4:10)

the jury ask to recess for the day/night and resume tomorrow, 1/30 at 9AM.

5:13pm   1/29/13

The jury has ~~a verdict~~ reached a verdict.

9:55 AM   1/30/19