CIVIL/~~CRIMINAL~~ CASE NO: 16cv30008-NMG

TITLE: Hutchins                             VS. City of Springfield, et al

## JURY PANEL

01. Jasper Lu
02. Dawn Simonelli
03. Annnin Wong
04. Joseph Mullen
05. Debra Kasper
06. Jesse Lindberg

07. Ethan Sawka
08. Kervin Gude
09. David Morrissey
10. Goncalo Aguiar
11. Blane Goguen
12. Peter Rice

ALT. #1 _____
ALT. #3 _____
ALT. #2 _____
ALT. #4 _____

## WITNESSES

PLAINTIFF/GOVT.

01. Vanessa Montero       1/22/19
02. Demetrius Faust       1/23/19
03. Christopher Goodrow   1/23/19
04. Daniel McKay          1/23/19
05. Keith Hutchins        1/23/19
06. Thomas Hervieux       1/23/19
07. Lee Hutchins          1/23/19, 1/24
08. William Fitchett (video) 1/24/19

DEFENDANT

01. Norman Charest    1/25/19
02. Richard Hottin    1/25/19
03. Felix Romero      1/25/19
04. Thomas Hervieux   1/25/19

(Jury&Witness List.wpd - 12/98)