UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * *
                                 *
LEE HUTCHINS, SR.                *
                                 *
        Plaintiff,               *     NO.  16-cv-30008-NMG
                                 *
    v.                           *
                                 *
DANIEL J. MCKAY, FELIX M.        *
ROMERO, THOMAS HERVIEUX, and     *
THE CITY OF SPRINGFIELD          *
                                 *
        Defendants               *
                                 *
* * * * * * * * * * * * * * * * *
```

## PLAINTIFF'S ATTORNEYS' FEE PETITION

Now comes the Plaintiff in the above captioned matter and petitions this Honorable Court pursuant to 42 U.S.C. 1988 (b) for attorneys' fees.

The Plaintiff seeks the following award:

1. Attorney's fee for the work of Attorney David P. Hoose:  97.2 hours at $400.00 per hour = $38,880.00.

2. Attorney's fee for the work of Attorney Luke Ryan:  347.9 hours at $325.00 per hour = $113,067.50.

3. Attorney's fee for the work of Attorney Howard Sasson:  21.1 hours at 300.00 per hour = $6,330.00

4. Attorney's fee for the work of Attorney Samantha LeBoeuf: 171.5 hours at $175.00 per hour = $30,012.50.

5. Fees for the work of Samantha LeBoeuf as a law student/paralegal, prior to being admitted to the practice of law: 53.1 hours at $100.00 per hour = 5,310.00.

1

6. Costs of Litigation: $8,392.75

Total Award Requested: $201,992.75

The following exhibits are attached to the accompanying Memorandum in Support of this Petition:

A. Email chain dated December, 2016 concerning mediation

B. Affidavit of Attorney Tani Sapirstein;

C. Affidavit of Attorney Hector Pineiro;

D. Affidavit of Attorney William C. Newman;

E. Affidavit of Attorney David P. Hoose;

F. Affidavit of Attorney Howard Sasson;

G. Affidavit of Attorney Luke Ryan;

H. Affidavit of Attorney Samantha LeBoeuf;

I. Itemized time records of Plaintiff's counsel; and

J. Itemized cost and expense listing.

**THE PLAINTIFF**

By: /s/ Luke Ryan
LUKE RYAN, BBO# 664999
DAVID HOOSE, BBO# 239400
SASSON, TURNBULL, RYAN & HOOSE
100 Main Street, 3rd Floor
Northampton, MA 01060
(413) 586-4800
lryan@strhlaw.com

**CERTIFICATE OF SERVICE**

    I, LUKE RYAN, hereby state that the foregoing was filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 8, 2019.

    /s/ Luke Ryan, Esq.
BBO#664999
Sasson, Turnbull, Ryan & Hoose
100 Main Street, 3rd floor
Northampton, MA  01060
(413) 586-4800
lryan@strhlaw.com