**From:** DeSousa, Lisa <LDeSousa@springfieldcityhall.com>
**Sent:** Saturday, January 19, 2019 4:39 PM
**To:** Luke Ryan <lryan@strhlaw.com>; Samantha LeBoeuf <sleboeuf@strhlaw.com>; Saint Laurent, Jeremy <JSaintLaurent@springfieldcityhall.com>; Pikula, Edward <epikula@springfieldcityhall.com>
**Cc:** 'Kathleen Sheehan' <KSheehan@keyesanddonnellan.com>; 'attycoyle@aol.com' <attycoyle@aol.com>
**Subject:** RE: Hutchins v. McKay et al

I never really think that settlement negotiations are a waste of time.  That having been said, we are not prepared to make an offer in the 6 figure range.  On behalf of the Defendants I extend an offer in settlement for $35,000.00.  If your client is interested, in settling for that amount, or wants to make a counter offer, please let me know.

Regards,

Lisa

Lisa C. deSousa
Deputy City Solicitor
City of Springfield Law Department
1600 East Columbus Avenue, 2nd Floor
Springfield, MA 01103
(413) 886-5205

**From:** Luke Ryan [mailto:lryan@strhlaw.com]
**Sent:** Saturday, January 19, 2019 4:35 PM
**To:** DeSousa, Lisa; Luke Ryan; Samantha LeBoeuf; Saint Laurent, Jeremy; Pikula, Edward
**Cc:** 'Kathleen Sheehan'; 'attycoyle@aol.com'
**Subject:** RE: Hutchins v. McKay et al

Dear Lisa,

Rather than give you and Ed and new demand figure, I thought it might be helpful to review our prior exchanges on this subject. Back in December 2016, when we proposed starting a mediation at $95k, our attorneys' fees and expenses were under $25k.

After the City decided to scrap mediation rather than budge from its starting offer of $10,000, we were forced to litigate Rule 56 motions, a motion to reconsider the bifurcation ruling, and request for certificate of appealability. We subsequently waited at the First Circuit for many months before the Court dismissed the officers' interlocutory appeal. During that time, Retired Judge King facilitated additional (mandatory) discussions that ended with us being even farther apart. We went up to $150k as a result of the favorable ruling on the bifurcation issue and all the additional time we had to put in. You then increased your offer to $20k, we decreased our demand to $125,000. And that was the end of that.

Now that we've had to litigate motions in limine (and another motion to reconsider a bifurcation ruling), take a video deposition of an unavailable city witness, and rent rooms in Boston for ourselves and our client, our attorneys' fees and expenses are well in excess of $100k.

Under the circumstances, unless the city is prepared to start negotiations in the six figures, I think we'd all be wasting valuable trial preparation time resuming settlement discussions.

Let me know if you think otherwise.

Sincerely,

Luke

**From:** DeSousa, Lisa <LDeSousa@springfieldcityhall.com>
**Sent:** Friday, December 30, 2016 9:10 AM
**To:** Luke Ryan <LRyan@strhlaw.com>
**Cc:** 'Kathleen Sheehan' <KSheehan@keyesanddonnellan.com>; 'attycoyle@aol.com' <attycoyle@aol.com>
**Subject:** RE: Hutchins v. McKay et al

Luke

I think we are just too far apart to have mediation be beneficial on this one.  We will advise the Court that we are not prepared to mediate at this time.

Happy New Year and we will speak soon.

Lisa C. deSousa

---

**From:** Luke Ryan [LRyan@strhlaw.com]
**Sent:** Tuesday, December 20, 2016 5:11 PM
**To:** DeSousa, Lisa
**Cc:** 'Kathleen Sheehan'; 'attycoyle@aol.com'
**Subject:** RE: Hutchins v. McKay et al

Hi Lisa,

Sorry.  On Friday afternoon, I finished a six-day evidentiary hearing and have been playing catch-up with emails and voicemails.

As far as where I see the value in this case, I would offer the following.  It is undisputed that Springfield police officers maced and struck with a baton a man with a pre-existing disability who was charged criminally and found not guilty.  A video of the immediate aftermath of the encounter contains the excited utterances of multiple eyewitnesses stating that my client did nothing to warrant the treatment he received.  He and his son testified that he is not the same person physically and psychologically since the incident.  If a jury ends up believing him, I could easily see them giving him a low six-figure verdict.  If that were to happen, we would petition for attorneys' fees which ended up being well over $100k the last time we had a civil rights trial with the City.

I recognize that the officers' interactions with my client came in the midst of a chaotic scene that was at least partly the product of misconduct on the part of my client's two sons.  While I think it's unlikely a jury will find Officer Herveiux's testimony credible – i.e., that my client took sole possession of an

officer's baton and used it to repeatedly strike one of his fellow officers on the head – I am not oblivious to the risks this case poses to the plaintiff in terms of liability and damages. By the same token, it's a case I successfully tried once and if I have to try it twice, I will be prepared to do so.

As I said at the case management conference, although I haven't added up our time or calculated expenses, the litigation has not proven very costly thus far. That said, I am disinclined to start a mediation with so little money on the table.

If the City would like to take a crack at resolving this with Judge Neiman, I would ask that it increase its initial offer to $30,000.

I hope enjoy your time out of the office and don't end up having to respond to too many emails like this.

Sincerely,

Luke


**From:** DeSousa, Lisa [mailto:LDeSousa@springfieldcityhall.com]
**Sent:** Tuesday, December 20, 2016 3:40 PM
**To:** Luke Ryan
**Cc:** 'Kathleen Sheehan'; 'attycoyle@aol.com'
**Subject:** RE: Hutchins v. McKay et al

Luke:

I had not heard back from you regarding whether you are still interested in mediation or want to provide any context relative to your valuation of the case. I am out of my office from today until 12/29; we need to advise the court by 12/30 one way or the other. I will be checking emails while out of my office.

Hope you have a nice holiday!


Lisa C. deSousa
Deputy City Solicitor
City of Springfield Law Department
36 Court Street
Springfield, MA 01103
(413) 886-5205

**From:** DeSousa, Lisa
**Sent:** Tuesday, December 13, 2016 4:17 PM
**To:** 'Luke Ryan'
**Cc:** 'Kathleen Sheehan'; 'attycoyle@aol.com'
**Subject:** RE: Hutchins v. McKay et al

Thank you for making this effort, Luke.  The opening offer is well beyond anything we can consider at this time, given our view of both liability and damages. We would be willing to go to mediation with an initial offer of $10,000.00.  If you would like to help us understand where you see the value, we are happy to listen to your explanation.  Please let me know if you think further conversation would be fruitful.

Thanks


Lisa C. deSousa
Deputy City Solicitor
City of Springfield Law Department
36 Court Street
Springfield, MA 01103
(413) 886-5205

**From:** Luke Ryan [mailto:LRyan@strhlaw.com]
**Sent:** Friday, December 09, 2016 5:01 PM
**To:** DeSousa, Lisa
**Subject:** Hutchins v. McKay et al

Hi Lisa,

The Plaintiff would propose entering a mediation with a demand of $95,000 from him and an offer from the City of $45,000.  Please let me know if this is acceptable.

Sincerely,

Luke


**Luke Ryan**