UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEE HUTCHINS, SR.<br>Plaintiff<br><br>v.<br><br>DANIEL McKAY, et. al. | Civil NO. 16Cv-30008-NMG |

## AFFIDAVIT OF TANI SAPIRSTEIN

I, Tani Sapirstein, Esq., hereby state under pains and penalties of perjury that the following is true to the best of my knowledge, information and belief:

1. I am a licensed attorney in the Commonwealth of Massachusetts and have practiced law in the Greater Springfield area since 1982. My practice has been focused on employment discrimination and other civil rights litigation.

2. I have considerable experience in the above areas, especially in civil rights cases. I am well acquainted with the market rates for attorneys engaged in such litigation in the Western Division of the District of Massachusetts.

3. I am acquainted with Attorneys David P. Hoose, Howard S. Sasson and Luke Ryan and am aware of their reputation and experience in the area of civil rights litigation.

4. In my opinion Attorney Hoose's experience and reputation entitle him to bill at a rate of $400 per hour for his time.

5. In my opinion Attorney Howard Sasson's experience and reputation entitle him to bill at a rate of $300.00 for his time.

6. It is also my opinion that a fair hourly rate for Attorney Luke Ryan is $350 per hour based upon is reputation and experience.

7. I base my opinions upon my knowledge of what other lawyers bill for hourly civil litigation work in the Greater Springfield area, as well as on my personal knowledge of the above-named attorneys' reputation and experience.

8. I was recently awarded an hourly rate of $425.00 in Hampden County Superior Court in Duda v Baystate Medical Practices, Inc.

Signed under pains and penalties of perjury this 1st day of February, 2019

_Tani Sapirstein_
Tani Sapirstein, Esq.