UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
                                              \*
**LEE HUTCHINS, SR.**      \*
    **Plaintiff**             \*
                                          \*      **Civil NO. 16Cv-30008-NMG**
        **v.**                   \*
                                          \*
**DANIEL McKAY, et. al.**    \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF HECTOR PINEIRO, ESQ.

Under oath, I state the following:

1. My name is Hector E. Pineiro. I am a member in good standing of the Massachusetts state and federal bar. I practice from my office located at 807 Main Street, Worcester, Massachusetts. I am also admitted and practice in the United States Middle District of Pennsylvania, U.S. District Court for the District of Puerto Rico, United States Federal District Court District of Vermont and in the past I have been admitted to practice law in other state courts including the Mississippi Supreme Court (De Soto County Circuit Court) (*pro-hac-vice*) and the Philadelphia Court of Common Pleas.

2. While my legal practice is diverse, I dedicate a considerable portion of my practice to litigating federal civil rights cases both in our state court and in the Massachusetts Federal District Court. I have litigated these cases in all of our judicial districts, i.e. Eastern, Central and Western District and also in the First Circuit Court of Appeals.

3. I am acquainted with Attorneys David P. Hoose and Luke Ryan, and am aware of their reputation and experience in the area of civil rights litigation.

4. I have also worked with Attorney Ryan in bar related activities. I worked with Attorney Ryan while serving at the MBA Civil Litigation Section for a number of years. On June 8, 2015 attorney Ryan assisted me in putting together a program in the United States Federal District Court –Western Division, entitled "Litigating Civil Rights Cases under Section 1983" that included a number of speakers including Judge Ponsor, Mastroianni and United States Magistrate Judge Katherine Robertson and other prominent civil rights practitioners such as Howard Friedman, Nancy Frankel-Pelletier and Luke Ryan and attorney Paul Klehm.

5. I am also familiar with many of the pleadings and rulings in *Hutchins v. City of Springfield, et al.* I thought the legal work performed by Attorney Hoose and Ryan in *Hutchins* was excellent.

6. I am familiar with other civil right cases that Attorney Hoose and Ryan have litigated and believe the quality of their work is first class.

7. Attorney Hoose is requesting a rate of $400 per hour for his time. Attorney Ryan is requesting a rate $325 per hour. In my opinion, the requested rates are within range of hourly rates for experienced attorneys representing clients in a federal civil rights case.

Signed and sworn to under the pains and penalties of perjury this 7th day of February 2019.

_____
Hector E. Pineiro