UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| LEE HUTCHINS, SR. | \* |
| Plaintiff | \* |
| | \*   Civil NO. 16Cv-30008-NMG |
| v. | \* |
| | \* |
| DANIEL McKAY, et. al. | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF WILLIAM C. NEWMAN

I, William C. Newman, Esq., hereby state under pains and penalties of perjury that the following is true to the best of my knowledge, information and belief:

1. I am an attorney licensed in the Commonwealth of Massachusetts, and am a member of the bar of the United States District Court for the District of Massachusetts, the First Circuit Court of Appeals and the United States Supreme Court. I have practiced law in western Massachusetts since 1976.

2. I have considerable experience in the litigation of civil cases in the Commonwealth of Massachusetts and am familiar with the market rates for attorneys engaged in such litigation in the Western Division of the federal District Court of Massachusetts.

3. For the past 32 years I have been the Director of the Western Massachusetts Legal Office of the American Civil Liberties Union of Massachusetts. Serving in this capacity I have litigated civil rights cases myself as well as worked with other lawyers on civil rights and civil liberties litigation in the Western Division of the District of Massachusetts. In addition, since 1976, I have also been a partner in

the Northampton-based law firm of Lesser Newman Aleo & Nasser, and have litigated cases in that capacity as well.

4. I am acquainted with Attorneys David P. Hoose, Howard S. Sasson and Luke Ryan and am aware of their reputation for excellent and ethical legal work and their respective extensive experience.

5. In my opinion Attorney Hoose's experience and reputation entitle him to bill at a rate of $400 per hour for his time.

6. In my opinion Attorney Howard Sasson's experience and reputation entitle him to bill at a rate of $300.00 for his time.

7. In my opinion Attorney Luke Ryan's experience and reputation entitle him to bill at a rate of $350 per hour.

8. I base my opinions upon my knowledge of what other lawyers bill for hourly civil litigation work in Western Massachusetts, as well as on my personal knowledge of the above-named attorneys' experience and reputation.

Signed under pains and penalties of perjury this 1st day of February, 2019.

William C. Newman, Esq., BBO #370760
American Civil Liberties Union of Massachusetts
Western Regional Office
39 Main Street, Suite 8
Northampton, MA 01060
(413) 584-7331

William C. Newman, Esq., BBO #370760
Lesser Newman Aleo & Nasser
39 Main Street, Suite 8
Northampton, MA 01060
(413) 584-7331

W:\Kim\Word\ACLUM\Hutchins\Affidavit of William C. Newman.docx