UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LEE HUTCHINS, SR. <br><br> Plaintiff, <br><br> v. <br><br> DANIEL J. MCKAY, FELIX M. ROMERO, THOMAS HERVIEUX, and THE CITY OF SPRINGFIELD <br><br> Defendants | NO. 16-cv-30008-NMG |

## AFFIDAVIT OF SAMANTHA J. LEBOEUF

I, Samantha LeBoeuf, hereby state under pains and penalties of perjury that:

1. I served as associate counsel for the Plaintiff in the above titled case, under the supervision and direction of lead counsel David Hoose and Luke Ryan.

2. I was admitted to the bar in November of 2017 and am currently an associate at the law firm of Sasson, Turnbull, Ryan & Hoose at 100 Main Street, Northampton, Massachusetts.

3. I have been in private practice for approximately one year during which I have mainly concentrated in the area of criminal defense and civil rights. Prior to joining Sasson, Turnbull, Ryan & Hoose as an associate, I worked for two years as a law student/paralegal at the same firm.

4. I am a graduate of the University of Massachusetts, *magna cum laude,* and Western New England University School of Law where I graduated *magna cum laude* and was a public interest scholar and Symposium Editor of the *Law Review*.

5. Attached to this affidavit is a true and accurate statement of my hours spent representing the Plaintiff in this case. It is my information and belief, that based on the complexity of the issues and the results achieved in the case, that the amount of time spent by me was reasonable and necessary.

6. I am requesting that the Court grant this petition for fees in the amounts stated. I feel that I am entitled to be compensated at the rate of $175.00 per hour. I base this upon a number of factors, including:

    a. the complexity of the issues and the results achieved in the case;

    b. the highly contingent nature of the litigation;

    c. my supervisors' consultation with other civil rights litigators regarding the hourly fees they normally charge for associates in similar types of litigation;

    d. the rates that I bill for my criminal cases;

    e. awards to other attorneys in similar cases.

SIGNED UNDER PAINS AND PENALTIES OF PERJURY THIS 8TH DAY OF FEBRUARY, 2019.

_____
Samantha J. LeBoeuf
Sasson, Turnbull, Ryan & Hoose
100 Main St., 3rd Fl.
Northampton, MA 01060
(413) 586-4800
BBO# 698624