UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LEE HUTCHINS, SR. | * | |
| Plaintiff, | * | NO. 16-cv-30008-NMG |
| v. | * | |
| DANIEL J. MCKAY, FELIX M. ROMERO, THOMAS HERVIEUX, and THE CITY OF SPRINGFIELD | * | |
| Defendants | * | |

### AFFIDAVIT OF DAVID P. HOOSE

I, David P. Hoose, hereby state under pains and penalties of perjury that:

1. I served as co-counsel for the Plaintiff in the above titled case.

2. I have practiced law in the Commonwealth of Massachusetts since 1979 and am currently a partner in the law firm of Sasson, Turnbull, Ryan & Hoose, located at 100 Main Street, Northampton, Massachusetts.

3. I am a graduate of the State University of New York College at Oswego and Syracuse University School of Law where I graduated *Magna cum Laude*.

4. I have been in private practice for approximately 39 years during which I have concentrated my practice in the areas of criminal defense and civil rights. I have enjoyed considerable success throughout my career as is reflected by the fact that I have for many years held an *av* rating by Martindale-Hubbell. I was elected a fellow of the American College of Trial Lawyers since 2009. In addition, I have been listed

for many years in New England Super Lawyers and Best Lawyers in America. In 2014 I was selected as a Lawyer of the Year by Massachusetts Lawyers Weekly.

5. Attached to this affidavit is a true and accurate statement of my hours spent representing the Plaintiff in this case. It is my information and belief, that based on the complexity of the issues and the results achieved in the case, that the amount of time spent by me was reasonable and necessary.

6. I am requesting that the Court grant this petition for fees in the amounts stated. I feel that I am entitled to be compensated at the rate of $400.00 per hour. I base this upon a number of factors, including:

    a. the complexity of the issues and the results achieved in the case;

    b. the highly contingent nature of the litigation;

    c. consultation with other civil rights litigators regarding the hourly fees they normally charge in similar type litigation;

    d. the rates that I bill for my criminal and other civil cases;

    e. awards to other attorneys in similar cases.

7. I am also requesting that our paralegal time be compensated at the rate of $100.00 per hour which I believe is well within the realm of what is reasonable for this type of work.

SIGNED UNDER PAINS AND PENALTIES OF PERJURY THIS 8TH DAY OF FEBRUARY, 2019.

David P. Hoose, BBO# 239400
Sasson, Turnbull, Ryan & Hoose
100 Main St., 3rd Fl.
Northampton, MA 01060
(413) 586-4800