UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEE HUTCHINS, SR.<br><br>   Plaintiff,<br><br>v.<br><br>DANIEL J. MCKAY, FELIX M. ROMERO, THOMAS HERVIEUX, and THE CITY OF SPRINGFIELD<br><br>   Defendants | NO. 16-cv-30008-NMG |

## AFFIDAVIT OF HOWARD S. SASSON

I, Howard S. Sasson, hereby state under pains and penalties of perjury that:

1. I worked on this litigation in the early phases of discovery on behalf of the Plaintiff.

2. I have practiced law in the Commonwealth since 1978 and am currently a partner in the law firm of Sasson, Turnbull, Ryan & Hoose at 100 Main Street, Northampton, Massachusetts.

3. I have been in private practice for approximately 40 years and mainly concentrate in the area of personal injury, estate planning, and civil rights.

4. Attached to this affidavit is a true and accurate statement of my hours spent on behalf of the Plaintiff in this case. It is my information and belief, that based on the complexity of the issues and the results achieved in the case, that the amount of time spent by me was reasonable and necessary.

5. I am requesting that the Court grant this petition for fees in the amounts stated. I feel that I am entitled to be compensated at the rate of $300.00 per hour. I base this upon a number of factors, including:

   a. the complexity of the issues and the results achieved in the case;

   b. the highly contingent nature of the litigation;

   c. consultation with other civil rights litigators regarding the hourly fees they normally charge in similar type litigation;

   d. the rates that I bill for my civil cases;

   e. awards to other attorneys in similar cases.

SIGNED UNDER PAINS AND PENALTIES OF PERJURY THIS 8TH DAY OF FEBRUARY, 2019.

_____
Howard S. Sasson, Esq.
BBO #442580
Sasson, Turnbull, Ryan & Hoose
100 Main Street, Third Floor
Northampton, MA 01060
(413) 586-4800