UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * *
                               *
LEE HUTCHINS, SR.              *
                               *
        Plaintiff,             *    NO. 16-cv-30008-NMG
                               *
v.                             *
                               *
DANIEL J. MCKAY, FELIX M.      *
ROMERO, THOMAS HERVIEUX, and   *
THE CITY OF SPRINGFIELD        *
                               *
        Defendants             *
                               *
* * * * * * * * * * * * * * * *
```

## AFFIDAVIT OF LUKE RYAN

I, Luke Ryan, hereby state under pains and penalties of perjury that:

1. I served as lead co-counsel for the Plaintiff in the above-titled case, along with Attorney David Hoose.

2. I was admitted to the bar in 2005 and am currently a partner in the law firm of Sasson, Turnbull, Ryan & Hoose, located at 100 Main Street, Northampton, Massachusetts.

3. I have been in private practice for approximately 12 years and mainly concentrate my practice in the areas of criminal defense and civil rights. Since 2013, I have been recognized each year by New England Super Lawyers and in 2016, I was selected as a Lawyer of the Year by *Massachusetts Lawyers Weekly*. I currently sit on the Board of Directors for the Massachusetts Association of Criminal Defense Lawyers (MACDL) and serve as MACDL's representative on Massachusetts Supreme Judicial Court's Standing Advisory Committee on the Rules of Criminal Procedure.

4. Prior to entering the private practice of law, I served as a law clerk to the Honorable Michael A. Ponsor of the United States District Court for the District of Massachusetts, Western Division.

5. I am a graduate of Amherst College and the Western New England University School of Law where I served as Editor-in-Chief of the law review.

6. Attached to this affidavit is a true and accurate statement of my hours spent representing the plaintiff in this case. It is my information and belief, that based on the complexity of the issues and the results achieved in the case, that the amount of time spent by me was reasonable and necessary.

7. I am requesting that the court grant this petition for fees in the amounts stated. I feel that I am entitled to be compensated at the rate of $325.00 per hour. I base this upon a number of factors, including:

   a. the complexity of the issues and the results achieved in the case;

   b. the highly contingent nature of the litigation;

   c. consultation with other civil rights litigators regarding the hourly fees they normally charge in similar type litigation;

   d. the rates that I bill for my criminal and other civil cases;

   e. awards to other attorneys in similar cases.

SIGNED UNDER PAINS AND PENALTIES OF PERJURY THIS 8TH DAY OF FEBRUARY, 2019.

                                                    LUKE RYAN, BBO# 664999  
                                                    SASSON, TURNBULL, RYAN & HOOSE  
                                                    100 Main Street, 3rd Floor  
                                                    Northampton, MA 01060  
                                                    (413) 586-4800