| Date | Description | Duration | Amount billed | Attorney |
|---|---|---|---|---|
| 12/7/2015 | review video | 0.1 Hours | $40.00 | David Hoose |
| 12/7/2015 | meet with Lee and Luke | 0.2 Hours | $80.00 | David Hoose |
| 2/12/2017 | read plaintiff depo | 0.7 Hours | $280.00 | David Hoose |
| 3/10/2017 | reveiw Rheault case | 0.2 Hours | $80.00 | David Hoose |
| 3/10/2017 | review statement for SJ motion | 0.2 Hours | $80.00 | David Hoose |
| 4/10/2017 | review proposed bifurcation pleading | 0.1 Hours | $40.00 | David Hoose |
| 4/21/2017 | revew motion to strike | 0.1 Hours | $40.00 | David Hoose |
| 1/17/2018 | review SPD video | 0.1 Hours | $40.00 | David Hoose |
| 1/22/2018 | reveiw Hervieux material | 0.2 Hours | $80.00 | David Hoose |
| 1/28/2018 | read SJ decision | 0.4 Hours | $160.00 | David Hoose |
| 3/3/2018 | edit opp to motion to certify | 0.4 Hours | $160.00 | David Hoose |
| 12/19/2018 | review medical summary | 0.2 Hours | $80.00 | David Hoose |
| 12/21/2018 | review exhibit list | 0.4 Hours | $160.00 | David Hoose |
| 12/24/2018 | review exhibits/police testimony | 2.6 Hours | $1,040.00 | David Hoose |
| 12/25/2018 | review police testimony/depos etc. | 0.8 Hours | $320.00 | David Hoose |
| 12/26/2018 | review Goodrow testimony | 0.2 Hours | $80.00 | David Hoose |
| 12/28/2018 | review plaintiff depos etc/trial prep | 1.3 Hours | $520.00 | David Hoose |
| 12/31/2018 | review plaintiff depo | 0.3 Hours | $120.00 | David Hoose |
| 1/5/2019 | prepare cross examinations | 3.1 Hours | $1,240.00 | David Hoose |
| 1/8/2019 | trial prep/review MIL's | 0.4 Hours | $160.00 | David Hoose |
| 1/9/2019 | review witnesses and evidence/trial prep | 0.1 Hours | $40.00 | David Hoose |
| 1/10/2019 | read Monell pleadings/trial prep | 0.4 Hours | $160.00 | David Hoose |
| 1/10/2019 | pick up record from Spfld District Court | 0.1 Hours | $40.00 | David Hoose |
| 1/11/2019 | review MOnell issues/trial prep | 0.5 Hours | $200.00 | David Hoose |
| 1/13/2019 | review videos and photographs/defendant files | 1.5 Hours | $600.00 | David Hoose |
| 1/14/2019 | review notes for depo of Fitchet | 0.3 Hours | $120.00 | David Hoose |
| 1/14/2019 | review defense objections to exhibits | 0.1 Hours | $40.00 | David Hoose |
| 1/16/2019 | review proposed voir dire and verdict slips | 0.5 Hours | $200.00 | David Hoose |
| 1/17/2019 | review exhibit list and Monell file | 1.4 Hours | $560.00 | David Hoose |
| 1/17/2019 | review transcript of Fitchet video | 1.5 Hours | $600.00 | David Hoose |
| 1/18/2019 | file appearance and motion to appear by phone | 0.2 Hours | $80.00 | David Hoose |
| 1/18/2019 | final pretrial conference | 1.2 Hours | $480.00 | David Hoose |
| 1/18/2019 | review proposed exclusions from Fitchet depo | 0.2 Hours | $80.00 | David Hoose |
| 1/19/2019 | review complaint and booking materials | 0.3 Hours | $120.00 | David Hoose |
| 1/20/2019 | prepare examinations of defendants/review IIU report | 6.3 Hours | $2,520.00 | David Hoose |
| 1/20/2019 | travel and interview of family members | 2.2 Hours | $880.00 | David Hoose |
| 1/21/2019 | prep McKay cross examination | 1.2 Hours | $480.00 | David Hoose |
| 1/21/2019 | travel to Boston | 2.1 Hours | $840.00 | David Hoose |
| 1/21/2019 | review outline of plaintiff testimony | 0.6 Hours | $240.00 | David Hoose |
| 1/21/2019 | review and critique opening notes | 0.3 Hours | $120.00 | David Hoose |
| 1/22/2019 | trial | 5.6 Hours | $2,240.00 | David Hoose |
| 1/22/2019 | prep son to testify | 0.3 Hours | $120.00 | David Hoose |
| 1/22/2019 | prepare cross-x of police and direct of son | 3.1 Hours | $1,240.00 | David Hoose |
| 1/23/2019 | trial | 5.5 Hours | $2,200.00 | David Hoose |
| 1/23/2019 | work on cross-x; prepare cross of Lee Jr./work on closing | 2.9 Hours | $1,160.00 | David Hoose |
| 1/24/2019 | prep for cross exams | 0.5 Hours | $200.00 | David Hoose |
| 1/24/2019 | trial | 4.6 Hours | $1,840.00 | David Hoose |
| 1/25/2019 | edit opposition ot motions | 0.4 Hours | $160.00 | David Hoose |
| 1/25/2019 | review exhibits / prepare cross x of McKay | 0.5 Hours | $200.00 | David Hoose |
| 1/25/2019 | trial | 5.5 Hours | $2,200.00 | David Hoose |
| 1/26/2019 | work on closing | 4.2 Hours | $1,680.00 | David Hoose |
| 1/27/2019 | work on cross of Hervieux / closing | 2.7 Hours | $1,080.00 | David Hoose |
| 1/28/2019 | prep for cross of Hervieux/cl;osing | 5.3 Hours | $2,120.00 | David Hoose |
| 1/28/2019 | trial | 2.3 Hours | $920.00 | David Hoose |
| 1/29/2019 | draft closiong argument | 3.7 Hours | $1,480.00 | David Hoose |

| Date | Description | Duration | Amount billed | Attorney |
|---|---|---|---|---|
| 1/29/2019 | trial etc | 8.9 Hours | $3,560.00 | David Hoose |
| 1/29/2019 | prepare closiing | 0.8 Hours | $320.00 | David Hoose |
| 1/30/2019 | verdict/waiting | 1.6 Hours | $640.00 | David Hoose |
| 1/30/2019 | work on fee petition | 0.2 Hours | $80.00 | David Hoose |
| 1/31/2019 | work on fee petition/affidavits | 2.1 Hours | $840.00 | David Hoose |
| 2/1/2019 | prepare memoranda on attys fees and costs/emails /tc's re affidavits | 3.5 Hours | $1,400.00 | David Hoose |
| | **Subtotal David Hoose** | **97.2** | **$38,880.00** | |
| 8/16/2016 | Drafting documents re response to Def's Discovery | 1.9 Hours | $570.00 | Howard Sasson |
| 8/17/2016 | Drafting documents re response to rpd's | 1.3 Hours | $390.00 | Howard Sasson |
| 8/26/2016 | Drafting documents re Answert to Int's | 1.6 Hours | $480.00 | Howard Sasson |
| 8/29/2016 | Drafting documents re answer to ints | 2.6 Hours | $780.00 | Howard Sasson |
| 8/30/2016 | Drafting documents re answers to interrogatories | 1.2 Hours | $360.00 | Howard Sasson |
| 8/31/2016 | Drafting documents re answers to int's | 1.5 Hours | $450.00 | Howard Sasson |
| 9/1/2016 | Drafting documents re answers to int's | 2.1 Hours | $630.00 | Howard Sasson |
| 9/2/2016 | Drafting documents re answer to int's | 0.8 Hours | $240.00 | Howard Sasson |
| 9/2/2016 | Drafting documents response to request for production | 2.2 Hours | $660.00 | Howard Sasson |
| 9/7/2016 | Drafting documents re repsonse to request for production. | 3.9 Hours | $1,170.00 | Howard Sasson |
| 9/8/2016 | Drafting documents re response to rpd | 2 Hours | $600.00 | Howard Sasson |
| | **Subtotal Howard Sasson** | **21.1** | **$6,330.00** | |
| 4/7/2015 | Voicemail for client; e-mail to Dee re: CD request | 0.1 Hours | $32.50 | Luke Ryan |
| 4/15/2015 | Meet with Catuogno | 0.1 Hours | $32.50 | Luke Ryan |
| 5/4/2015 | Meet w/ client | 1 Hours | $325.00 | Luke Ryan |
| 8/28/2015 | Review SSA & medical records; begin drafting complaint; e-mail to Sam & DPH | 3.2 Hours | $1,040.00 | Luke Ryan |
| 10/28/2015 | Meet w/ Sam re: complaint; research abuse of process & mal prosecution claims | 0.5 Hours | $162.50 | Luke Ryan |
| 11/18/2015 | Edit complaint; draft waivers of service; send Hutchins discovery requests from defendants | 1.8 Hours | $585.00 | Luke Ryan |
| 11/30/2015 | Talk w Jeff Peck about video | 0.2 Hours | $65.00 | Luke Ryan |
| 12/1/2015 | Review video | 0.1 Hours | $32.50 | Luke Ryan |
| 12/2/2015 | Arrange meeting with client | 0.2 Hours | $65.00 | Luke Ryan |
| 12/7/2015 | Meet w/ client | 1 Hours | $325.00 | Luke Ryan |
| 1/13/2016 | Edit complaint; legal research re: 4th Amendment issue; e-mail exchange w/ Sam; e-mail exchange w/ investigator re: serving complaints & city's law offer re: accepnting service | 1.1 Hours | $357.50 | Luke Ryan |
| 1/14/2016 | E-mail exchange w/ investigator re: serving complaints; e-mail exchange w/ Kevin Coyle | 0.1 Hours | $32.50 | Luke Ryan |
| 1/19/2016 | E-mail to Kevin Coyle | 0.1 Hours | $32.50 | Luke Ryan |
| 3/10/2016 | E-mail to Sam re: responsive pleadings | 0.1 Hours | $32.50 | Luke Ryan |
| 3/28/2016 | Talk w/ client; e-mail to defense counsel | 0.3 Hours | $97.50 | Luke Ryan |
| 4/14/2016 | Waiting in Court; initial scheduling conference | 1.5 Hours | $487.50 | Luke Ryan |
| 4/15/2016 | E-mail/text exchange w/ Stephanie Barry | 0.3 Hours | $97.50 | Luke Ryan |
| 4/29/2016 | Review proposed confidentiality agreement | 0.2 Hours | $65.00 | Luke Ryan |
| 5/2/2016 | E-mail opposing counsel | 0.1 Hours | $32.50 | Luke Ryan |
| 5/20/2016 | E-mail exchange w/ Stephanie Liebel | 0.1 Hours | $32.50 | Luke Ryan |
| 5/23/2016 | Finalize, deliver initial disclosures | 1.1 Hours | $357.50 | Luke Ryan |
| 5/25/2016 | Respond to Sheehan e-mail | 0.1 Hours | $32.50 | Luke Ryan |

| Date | Description | Duration | Amount billed | Attorney |
|---|---|---|---|---|
| 6/17/2016 | E-mail / talk w/ Sam about Hutchins initial disclosures | 0.2 Hours | $65.00 | Luke Ryan |
| 7/8/2016 | Review defendants written discovery requests | 0.3 Hours | $97.50 | Luke Ryan |
| 7/14/2016 | Draft/edit written discovery requests to defendants; e-mail to opposing counsel | 4.1 Hours | $1,332.50 | Luke Ryan |
| 7/18/2016 | E-mail exchange w/ opposing counsel re: extending fact deposition deadline | 0.1 Hours | $32.50 | Luke Ryan |
| 7/20/2016 | Meet w/ client | 0.8 Hours | $260.00 | Luke Ryan |
| 8/12/2016 | E-mail to opposing counsel requesting additional time for responding to written discovery | 0.2 Hours | $65.00 | Luke Ryan |
| 8/17/2016 | E-mail exchange w/ City re: its request for additional time to respond to discovery requests | 0.1 Hours | $32.50 | Luke Ryan |
| 9/2/2016 | Review our responses to defendant's RPDs | 0.7 Hours | $227.50 | Luke Ryan |
| 9/6/2016 | E-mail exchange w/ Stephanie Liebl | 0.1 Hours | $32.50 | Luke Ryan |
| 9/7/2016 | E-mail to Howie re: Monell claim and Lee's damages / expert; review City responses to discovery requests | 0.9 Hours | $292.50 | Luke Ryan |
| 9/15/2016 | Draft Motion to Modify scheduling order; e-mail exchange w/ defense counsel | 0.1 Hours | $32.50 | Luke Ryan |
| 9/23/2016 | E-mail exchange w/ Kathleen Sheehan | 0.1 Hours | $32.50 | Luke Ryan |
| 9/26/2016 | E-mail exchange re: Lee's CORI | 0.1 Hours | $32.50 | Luke Ryan |
| 9/28/2016 | E-mail to City re: releases | 0.1 Hours | $32.50 | Luke Ryan |
| 9/29/2016 | Review City discovery letter | 0.1 Hours | $32.50 | Luke Ryan |
| 10/7/2016 | E-mail exchange w/ Sam re: depo schedule | 0.1 Hours | $32.50 | Luke Ryan |
| 10/17/2016 | E-mail exchange w/ opposing counsel re: deposition dates | 0.2 Hours | $65.00 | Luke Ryan |
| 10/18/2016 | Begin drafting ltr to Kathy Sheehan in response to discovery ltr; draft & send deposition notices; e-mail to Andy G. & Kevin C. re: Ververis case | 0.7 Hours | $227.50 | Luke Ryan |
| 10/24/2016 | E-mail exchange w/ City re: scheduling of depos; e-mail exchange w/ Andy G. re: Ververis issue | 0.3 Hours | $97.50 | Luke Ryan |
| 10/25/2016 | Draft internal memo | 0.6 Hours | $195.00 | Luke Ryan |
| 10/31/2016 | E-mail exchange w/ Sam re: missing mental health records | 0.1 Hours | $32.50 | Luke Ryan |
| 11/1/2016 | Review medical records | 2.1 Hours | $682.50 | Luke Ryan |
| 11/9/2016 | Review officers' personnel files | 2.9 Hours | $942.50 | Luke Ryan |
| 11/10/2016 | Complete ltr to Kathy Sheehan; e-mail Ververis docs to her | 0.3 Hours | $97.50 | Luke Ryan |
| 11/11/2016 | Prep for officer depos | 1.5 Hours | $487.50 | Luke Ryan |
| 11/14/2016 | Prep for depo; talk w/ Kevin Coyle | 0.8 Hours | $260.00 | Luke Ryan |
| 11/15/2016 | Prep for depo; depo | 2.4 Hours | $780.00 | Luke Ryan |
| 11/17/2016 | Prep for McKay & Romero depos; depos; e-mail arranging for plaintiff's depo; e-mail exchange w/ Kevin Coyle & Romero testimony | 4.7 Hours | $1,527.50 | Luke Ryan |
| 11/18/2016 | Prep for/attend depos | 6.9 Hours | $2,242.50 | Luke Ryan |
| 11/30/2016 | E-mail exchange w/ Stephanie Liebel re: new date for depo | 0.1 Hours | $32.50 | Luke Ryan |
| 12/5/2016 | E-mail exchange re: rescheduling Lee Jr.'s depo | 0.1 Hours | $32.50 | Luke Ryan |
| 12/20/2016 | Draft & discuss response to City's high/low proposal for mediation | 0.7 Hours | $227.50 | Luke Ryan |
| 12/21/2016 | Attend depo of Lee Jr. | 3.7 Hours | $1,202.50 | Luke Ryan |
| 12/30/2016 | E-mail exchange w/ Lisa deSousa | 0.1 Hours | $32.50 | Luke Ryan |
| 1/24/2017 | E-mail exchange w/ Sam re: authorization for witness med records | 0.1 Hours | $32.50 | Luke Ryan |
| 2/3/2017 | E-mail exchange w/ Sam re: medical authorizations | 0.1 Hours | $32.50 | Luke Ryan |
| 2/17/2017 | Review Sam's draft of motion for VA records | 0.2 Hours | $65.00 | Luke Ryan |

| Date | Description | Duration | Amount billed | Attorney |
|---|---|---|---|---|
| 2/24/2017 | Review medical records / personnel files | 1.9 Hours | $617.50 | Luke Ryan |
| 2/27/2017 | Talk w/ Kathy Sheehan | 0.2 Hours | $65.00 | Luke Ryan |
| 2/28/2017 | Talk w/ Kathy Sheehan | 0.2 Hours | $65.00 | Luke Ryan |
| 3/1/2017 | E-mail to Kevin Coyle re: request for VA records | 0.1 Hours | $32.50 | Luke Ryan |
| 3/6/2017 | E-mail exchange w/ Lisa DeSousa re: CORI issues; obtain CORIs from client's son | 0.2 Hours | $65.00 | Luke Ryan |
| 3/8/2017 | E-mail to Kevin Coyle re: VA records | 0.1 Hours | $32.50 | Luke Ryan |
| 3/9/2017 | Draft/edit SJ pleadings | 2.4 Hours | $780.00 | Luke Ryan |
| 3/10/2017 | Draft/edit SJ pleadings; legal research on 4th Amendment issue; read defendants SJ pleadings & bifurcation motion | 9.8 Hours | $3,185.00 | Luke Ryan |
| 3/11/2017 | Legal research re: implied consent to search & qualified immunity; begin opposition to defendants' motion for SJ | 7.1 Hours | $2,307.50 | Luke Ryan |
| 3/12/2017 | Legal research qualified immunity; draft opposition to defendants' motion for SJ | 3.4 Hours | $1,105.00 | Luke Ryan |
| 3/13/2017 | E-mail exchange w/ Natalie re: SJ pleadings | 0.2 Hours | $65.00 | Luke Ryan |
| 3/14/2017 | Research Wilhite SJ opposition | 2.2 Hours | $715.00 | Luke Ryan |
| 4/2/2017 | Research / draft Opposition to defendants' SJ pleadings | 2.3 Hours | $747.50 | Luke Ryan |
| 4/4/2017 | Draft SJ pleadings | 0.2 Hours | $65.00 | Luke Ryan |
| 4/5/2017 | Research/edit/draft SJ pleadings; draft Montero affidavit; e-mail exchange w/ Peter Slepchuck re: handling of Natalie Cruz civilian complaint | 6.8 Hours | $2,210.00 | Luke Ryan |
| 4/6/2017 | Research/edit/draft SJ pleadings; meet w/ Vanessa Montero; e-mails to Sam about pleadings | 11.1 Hours | $3,607.50 | Luke Ryan |
| 4/7/2017 | Research/edit/draft SJ pleadings; e-mail exchange w/ defense counsel; talk w/ Clerk | 6.9 Hours | $2,242.50 | Luke Ryan |
| 4/8/2017 | Draft Opposition to Motion to Bifurcate | 2.7 Hours | $877.50 | Luke Ryan |
| 4/9/2017 | Edit Opposition to Motion to Bifurcate | 0.5 Hours | $162.50 | Luke Ryan |
| 4/10/2017 | File SJ pleadings under seal | 1.2 Hours | $390.00 | Luke Ryan |
| 4/20/2017 | Draft reply in support of MSJ on Count One and motion to strike City's opposition | 7.8 Hours | $2,535.00 | Luke Ryan |
| 4/21/2017 | Draft/file reply in support of MSJ on County One & motion to strike City's opposition | 3.9 Hours | $1,267.50 | Luke Ryan |
| 5/9/2017 | Review defendants' Notice of Appearance | 0.1 Hours | $32.50 | Luke Ryan |
| 5/17/2017 | Prep for hearing; hearing; drive to & from Springfield; discussion Court's bifurcation proposal; talk w. Lisea DeSousa re: opposition to Monell claim SJ | 5.2 Hours | $1,690.00 | Luke Ryan |
| 5/18/2017 | Voicemail to Kathy Sheehan re: possible retaliation isue; vm for client | 0.1 Hours | $32.50 | Luke Ryan |
| 6/6/2017 | E-mail exchange w/ Ed Pikula re: defense motion to file access pages | 0.1 Hours | $32.50 | Luke Ryan |
| 6/7/2017 | Meet w/ Howard Friedman to discuss Monell issues | 0.3 Hours | $97.50 | Luke Ryan |
| 1/16/2018 | Review Ponsor ruling; e-mail to Sam re: client outreach; e-mail exchange w/ DPH re: McKay video | 0.4 Hours | $130.00 | Luke Ryan |
| 1/17/2018 | E-mail to DPH & SL re: Monell claim; begin drafting jury instructions / final pre-trial memo | 1.2 Hours | $390.00 | Luke Ryan |
| 1/18/2018 | Organize & review medical records; review jury instructions for Monell claim; review potentially admissible Monell evidence | 5.2 Hours | $1,690.00 | Luke Ryan |
| 1/19/2018 | Develop timeline of police misconduct cases | 1.4 Hours | $455.00 | Luke Ryan |

| Date | Description | Duration | Amount billed | Attorney |
|---|---|---|---|---|
| 1/20/2018 | Review client's medical records & SSI records; begin creating timeline of client's medical issues | 4.9 Hours | $1,592.50 | Luke Ryan |
| 1/21/2018 | Review client's medical records & SSI records; continue creating timeline of client's medical issues | 3.6 Hours | $1,170.00 | Luke Ryan |
| 1/22/2018 | Draft timeline of Hervieux IIU incidents & significant personnel file incidents | 3.6 Hours | $1,170.00 | Luke Ryan |
| 1/25/2018 | Complete medical record timeline; e-mail to SL | 1.2 Hours | $390.00 | Luke Ryan |
| 2/15/2018 | Review defendant's notice of appeal | 0.4 Hours | $130.00 | Luke Ryan |
| 2/25/2018 | Research on frivolous Qualified Immunity appeals e.g., Camilo-Robles | 0.1 Hours | $32.50 | Luke Ryan |
| 2/27/2018 | Begin researching Section 1292 caselaw | 0.8 Hours | $260.00 | Luke Ryan |
| 3/1/2018 | Research / draft opposition to 1292 motion; e-mail exchange w/ counsel for City | 1.1 Hours | $357.50 | Luke Ryan |
| 3/2/2018 | Draft opposition to 1292 motion; draft cover e-mail; call Clerk's office | 5.6 Hours | $1,820.00 | Luke Ryan |
| 3/12/2018 | E-mail exchange w/ Lisa DeSousa | 0.1 Hours | $32.50 | Luke Ryan |
| 3/21/2018 | Review notice of default order | 0.1 Hours | $32.50 | Luke Ryan |
| 4/23/2018 | Review Ponsor's decision on non-appealability of Monell order | 0.2 Hours | $65.00 | Luke Ryan |
| 4/26/2018 | Talk w/ Ed Pikula; e-mail exchange w/ Settlement Judge | 0.2 Hours | $65.00 | Luke Ryan |
| 5/1/2018 | Preparation for settlement conference | 0.3 Hours | $97.50 | Luke Ryan |
| 5/2/2018 | Preparation for Judge King phone call; Judge King phone call; e-mail exchange w/ Judge King re: settlement positions | 1.2 Hours | $390.00 | Luke Ryan |
| 5/3/2018 | E-mail exchange w/ Judge King; talk w/ Judge King; forward Judge King certain discovery materials | 0.6 Hours | $195.00 | Luke Ryan |
| 5/5/2018 | Begin creating powerpoint for opening statement | 0.9 Hours | $292.50 | Luke Ryan |
| 5/6/2018 | E-mail to Sam re: opening; finish preliminary powerpoint | 4.5 Hours | $1,462.50 | Luke Ryan |
| 5/7/2018 | E-mail to DPH re: opening statement; e-mail exchange w/ Judge King re: City's appeal; research McKenney, CA1 2017 | 0.9 Hours | $292.50 | Luke Ryan |
| 5/9/2018 | E-mail to Judge King | 0.4 Hours | $130.00 | Luke Ryan |
| 5/17/2018 | E-mail exchange w/ Judge King | 0.3 Hours | $97.50 | Luke Ryan |
| 5/25/2018 | Review CA 1 order to show cause | 0.2 Hours | $65.00 | Luke Ryan |
| 6/8/2018 | Review City's response to order to show cause; e-mail exchange w/ DPH & SJL re: seeking leave to file response | 0.4 Hours | $130.00 | Luke Ryan |
| 7/26/2018 | E-mail to defense counsel | 0.1 Hours | $32.50 | Luke Ryan |
| 7/27/2018 | E-mail exchange w/ Lisa DeSousa; talk w/ Lisa; e-mail exchange w/ DPH re: her proposal | 0.3 Hours | $97.50 | Luke Ryan |
| 8/9/2018 | E-mail exchange w/ DPH re: new judge assignment | 0.2 Hours | $65.00 | Luke Ryan |
| 8/17/2018 | E-mail to SL re: Gorton status report | 0.1 Hours | $32.50 | Luke Ryan |
| 8/22/2018 | Review defendants' status report; e-mail to DPH & SL | 0.2 Hours | $65.00 | Luke Ryan |
| 8/24/2018 | Draft plaintiff's status report | 0.9 Hours | $292.50 | Luke Ryan |
| 9/25/2018 | Brief Lisa on case background; powerpoint needs | 0.4 Hours | $130.00 | Luke Ryan |
| 9/27/2018 | Prep for hearing; drive to & from Boston; waiting in Court; hearing; talk w/ client | 5.1 Hours | $1,657.50 | Luke Ryan |
| 10/26/2018 | Review City pleadings on bifurcation | 0.3 Hours | $97.50 | Luke Ryan |
| 11/8/2018 | Review CA1's Order dismissing appeal and e-mail to DPH & SL re: trial schedules | 0.3 Hours | $97.50 | Luke Ryan |
| 11/13/2018 | Edit Sam's opposition to motion to bifurcate | 0.4 Hours | $130.00 | Luke Ryan |

| Date | Description | Duration | Amount billed | Attorney |
|---|---|---|---|---|
| 11/13/2018 | Edit Sam's Opposition to Motion to Bifurcate | 0.2 Hours | $65.00 | Luke Ryan |
| 11/16/2018 | E-mail exchange w/ Clerk re: rescheduling | 0.1 Hours | $32.50 | Luke Ryan |
| 11/19/2018 | E-mail exchange w/ City; talk w/ Lisa re: opening statement powerpoint | 0.2 Hours | $65.00 | Luke Ryan |
| 11/26/2018 | E-mail exchange w/ opposing counsel re: status report | 0.1 Hours | $32.50 | Luke Ryan |
| 11/30/2018 | Research QI caselaw - Morales v. Chadbourne | 0.3 Hours | $97.50 | Luke Ryan |
| 12/3/2018 | Drive to and from Boston; waiting in Court; status conference; e-mail exchange w/ DH & SL re: trial; review caselaw on Rule 803(8)(A)(iii) | 6.1 Hours | $1,982.50 | Luke Ryan |
| 12/5/2018 | E-mail exchange w/ City re: time for conference call; conduct additional Rule 803 research | 1 Hours | $325.00 | Luke Ryan |
| 12/6/2018 | Meet w/ Sam & Lisa; begin drafting opening statement; begin putting together witness & exhibit lists | 6.2 Hours | $2,015.00 | Luke Ryan |
| 12/7/2018 | Meet w/ client; work on opening | 3.8 Hours | $1,235.00 | Luke Ryan |
| 12/10/2018 | Research 404(b) issue; e-mail to Sam; research re: admissibility of Hervieux mental health conditions | 2.6 Hours | $845.00 | Luke Ryan |
| 12/11/2018 | Meet w/ client & Vanessa; conference call w/ City | 0.1 Hours | $32.50 | Luke Ryan |
| 12/14/2018 | E-mail exchange re: taking witness out of order | 0.1 Hours | $32.50 | Luke Ryan |
| 12/15/2018 | Create exhibit list; trial prep; e-mail exchange w/ Sam re: client's med records possible MIL & example of IIU case w/ recommendation | 6.8 Hours | $2,210.00 | Luke Ryan |
| 12/17/2018 | E-mail exchange w/ SL re: MILs; e-mail exchange w/ Kathy Sheehan re: photos of Keith; e-mail to Nik A. re: McKay IIU case | 2.4 Hours | $780.00 | Luke Ryan |
| 12/18/2018 | E-mail to City re: McKay personnel file | 0.2 Hours | $65.00 | Luke Ryan |
| 12/19/2018 | E-mail exchange w/ Lisa DeSouza re: Natalie Cruz case; e-mail to Peter Slepchuk re: Cruz case; e-mail exchange w/ Nik A. re: old McKay case | 0.9 Hours | $292.50 | Luke Ryan |
| 12/20/2018 | E-mail exchange re: failure to supervise claim; failure to use body cameras; review ltr to McKay personnel file; e-mail to Lisa re: plaintiff's exhibit list; e-mail to DPH & SL re: exhibit list | 0.8 Hours | $260.00 | Luke Ryan |
| 12/21/2018 | Review City's MILs; begin researching/drafting oppositions; correspondence with Clerk and opposing counsel; e-mail to Hector Pinero re: Fitchet depo | 0.9 Hours | $292.50 | Luke Ryan |
| 12/24/2018 | E-mail to SL & DPH re: defects in civilian review of complaints and City's position on Youtube video | 0.8 Hours | $260.00 | Luke Ryan |
| 12/26/2018 | E-mail exchange w/ DPH re: Goodrow | 0.1 Hours | $32.50 | Luke Ryan |
| 12/27/2018 | E-mail exchange w/ Jeremy re: color photos of Keith's booking; e-mail exchange w/ Sam re: Adrian and David | 0.2 Hours | $65.00 | Luke Ryan |
| 12/31/2018 | Draft subpoenas; e-mail exchange w/ Sam; talk w/ Sam | 1.1 Hours | $357.50 | Luke Ryan |
| 1/3/2019 | Email exchange w/DPH re officer personnel files; meet with Aliyah, Demetrius & Lee; email exchange w/Kathy re Fitchet and subpoenas for officers | 2.2 Hours | $715.00 | Luke Ryan |
| 1/4/2019 | Email exchange re Fitchet depo; resesarch/draft opp'ns to MILs | 6.7 Hours | $2,177.50 | Luke Ryan |
| 1/6/2019 | Work on opening | 0.4 Hours | $130.00 | Luke Ryan |

| Date | Description | Duration | Amount billed | Attorney |
|---|---|---|---|---|
| 1/7/2019 | Meet w/client & Keith; drop disc off @ law department; attempt to drop disc off @ Coyle's; meet w/K. Sheehan; email exchange w/Sheehan re Fitchet depo | 2.7 Hours | $877.50 | Luke Ryan |
| 1/8/2019 | Email exchange w/Lisa re MIL Opp'ns | 0.1 Hours | $32.50 | Luke Ryan |
| 1/9/2019 | Draft motion for miscellaneous relief re Fitchet depo; review client's latest medical records; email to city | 1.4 Hours | $455.00 | Luke Ryan |
| 1/10/2019 | Edit witness and exhibit list; draft supplemental response to RPDs and Ints; pursue updated addresses and phone numbers of witnesses; email to City re missing Hervieux med records; review Vanessa's 209A affidavit; review defense exhibits & witnesses | 1.7 Hours | $552.50 | Luke Ryan |
| 1/11/2019 | Email exchange w/Jeremy re subpoenas & stipulations of authenticity of exhibits; email exchange re Romero & Fitchet; discuss meeting w/Kiesha w/SL; review Gorton order | 1.2 Hours | $390.00 | Luke Ryan |
| 1/12/2019 | Email exchange w/Lisa re Fitchet depo; draft Fitchet Cross X | 8.1 Hours | $2,632.50 | Luke Ryan |
| 1/13/2019 | Email exchange re additional Hervieux records & witnesses; email exchange re Hervieux's HCC transcript & strategy for calling Hervieux & McKay in case-in-chief to examine on priors & Hervieux's medical condition; discuss admissibility of 209A affidavit; complete Fitchet cross X; email to support staff re binder for depo | 3.7 Hours | $1,202.50 | Luke Ryan |
| 1/14/2019 | Email exchange w/Lisa re stenographer for Fitchet depo; email to Lisa w/all of documents to be used at Fitchet depo; email exchange w/Sam re special verdict form & Monell jury instructions; arrange with Sam to have all needed materials at depo | 2.8 Hours | $910.00 | Luke Ryan |
| 1/15/2019 | Prep for Fitchet depo; drive to and from Springfield; meet w/opposing counsel; depo; email to DPH re special verdict form & post-depo impressions of Fitchet; legal research re admissibility of police report | 5.8 Hours | $1,885.00 | Luke Ryan |
| 1/16/2019 | Email exchange w/Lisa re Sgt. Hottin & special verdict form/theory of Monell claim + final ptc memo; edit proposed jury instructions & voir dire Qs; draft Plaintiff's response to Defendants' proposed exhibits | 2.3 Hours | $747.50 | Luke Ryan |
| 1/17/2019 | Arrange to meet w/Lee; email exchange w/City counsel; review Fitchet deposition transcript; email exchange w/witnesses & conferring on exhibits after hr'g | 1.8 Hours | $585.00 | Luke Ryan |
| 1/18/2019 | Drive to and from Boston for Final PTH; prep for hr'g; hr'g; post-hr'g conference w/opposing counsel re exhibits; draft proposed designations of Fitchet deposition; meet w/DPH & SL to discuss division of trial labor; email to Lisa re City request for leave to late file pleading | 8.8 Hours | $2,860.00 | Luke Ryan |

| Date | Description | Duration | Amount billed | Attorney |
|---|---|---|---|---|
| 1/19/2019 | Email exchange w/DPH re Romero's prior conduct history as exemplar; legal research on admissibility of settlements; draft revised exhibit list w/footnotes on admissibility + send copy to opposing counsel; email to DPH re Romero's combat tour; email to Lisa reviewing settlement discussion; review defendant's objections to plaintiff's revised exhibit list; begin drafting motion in limine to admit evidence | 12.9 Hours | $4,192.50 | Luke Ryan |
| 1/21/2019 | Finish drafting opening; email exchange re Hervieux's MV accident injuries; email exchange w/Sam re exhibit book; email to City re objection to inclusion in IIU of statements from non-testifying civilians; review defendant's motion to revise Monell ruling & motion to exclude audio portion of post-arrest video | 10.8 Hours | $3,510.00 | Luke Ryan |
| 1/22/2019 | PRE-TRIAL: Draft Montero direct X; email exchange re Wzysynski issue; post-trial: draft proposed neutral summaries of prior conduct cases; draft/edit to Hervieux & McKay Cross Xs; email exchange w/Lisa re edits to Fitchet transcript; prep Keith Hutchins for testimony | 6.9 Hours | $2,242.50 | Luke Ryan |
| 1/22/2019 | TRIAL | 5.6 Hours | $1,820.00 | Luke Ryan |
| 1/23/2019 | TRIAL | 5.5 Hours | $1,787.50 | Luke Ryan |
| 1/23/2019 | PRETRIAL: complete Hervieux & McKay Cross Xs re prior cases; draft Keith Hutchins Direct X; POST-TRIAL: prep Lee for Direct X; review judge's rulings on Fitchet depo; make edits on transcripts in accordance w/ruling; email exchange w/Lisa re City edits; prep talking points for opposing JMOL motions | 7.1 Hours | $2,307.50 | Luke Ryan |
| 1/24/2019 | TRIAL | 4.6 Hours | $1,495.00 | Luke Ryan |
| 1/24/2019 | PRETRIAL: draft Brantley cross X; finish drafting Lee direct; POST-TRIAL: email exchange w/DPH re call for service report; begin drafting Romero cross X; research/draft opp'n to City & Individual officers motions for JMOL | 8.2 Hours | $2,665.00 | Luke Ryan |
| 1/25/2019 | TRIAL | 5.5 Hours | $1,787.50 | Luke Ryan |
| 1/25/2019 | Finish drafting Romero cross X | 2.1 Hours | $682.50 | Luke Ryan |
| 1/26/2019 | Email exchange w/DPH re admitted testimony on prior conduct cases | 0.2 Hours | $65.00 | Luke Ryan |
| 1/27/2019 | Draft Brantley cross X; send DPH bullet points for possible inclusion in closing; email to DPH & Sam re mal dam claim issues for Rule 50 motions; email to SL re redacting medical records; review Defs' second set of proposed jury instructions; email exchange w/DPH re 51A report | 4.6 Hours | $1,495.00 | Luke Ryan |
| 1/28/2019 | TRIAL | 2.3 Hours | $747.50 | Luke Ryan |
| 1/28/2019 | PRETRIAL: email critique of DPH closing outline; POST-TRIAL: more closing thoughts to DPH | 1.1 Hours | $357.50 | Luke Ryan |
| 1/29/2019 | TRIAL | 8.9 Hours | $2,892.50 | Luke Ryan |
| 1/29/2019 | PRETRIAL: email to clerk re verdict slip | 0.2 Hours | $65.00 | Luke Ryan |
| 1/30/2019 | TRIAL | 1.6 Hours | $520.00 | Luke Ryan |
| | **Subtotal Luke Ryan** | **347.9** | **$113,067.50** | |
| | | | | |
| 10/19/2015 | Began reviewing case file | 0.5 Hours | $50.00 | Samantha LeBoeuf |

| Date | Description | Duration | Amount billed | Attorney |
|---|---|---|---|---|
| 10/21/2015 | Prepared to draft complaint by reading transcript of his trial, continued reviewing material in his file | 5.5 Hours | $550.00 | Samantha LeBoeuf |
| 10/26/2015 | Edited facts in complaint | 0.5 Hours | $50.00 | Samantha LeBoeuf |
| 10/28/2015 | Continued drafting complaint, and wrote a letter to Mr. Hutchins | 3 Hours | $300.00 | Samantha LeBoeuf |
| 11/2/2015 | Phone update/conversation with Lee | 0.2 Hours | $20.00 | Samantha LeBoeuf |
| 11/9/2015 | Reviewd draft of complaint and sent to Luke | 0.5 Hours | $50.00 | Samantha LeBoeuf |
| 11/23/2015 | proof read complaint | 0.5 Hours | $50.00 | Samantha LeBoeuf |
| 12/2/2015 | tc Lee | 0.1 Hours | $10.00 | Samantha LeBoeuf |
| 12/7/2015 | Meeting with LR, review complaint | 0.8 Hours | $80.00 | Samantha LeBoeuf |
| 5/17/2016 | Preparing initial disclosures | 1.3 Hours | $130.00 | Samantha LeBoeuf |
| 5/18/2016 | preparing intial disclosures | 1.6 Hours | $160.00 | Samantha LeBoeuf |
| 5/23/2016 | email LR re witnesses | 0.1 Hours | $10.00 | Samantha LeBoeuf |
| 5/26/2016 | email city re PDF | 0.1 Hours | $10.00 | Samantha LeBoeuf |
| 5/31/2016 | email city re trial transcripts | 0.1 Hours | $10.00 | Samantha LeBoeuf |
| 5/31/2016 | discovery for city | 0.8 Hours | $80.00 | Samantha LeBoeuf |
| 6/29/2016 | email city re transcript check | 0.1 Hours | $10.00 | Samantha LeBoeuf |
| 7/11/2016 | Reviewed city's discovery requests, discussed with LR, phone call with client | 0.3 Hours | $30.00 | Samantha LeBoeuf |
| 7/12/2016 | prepared written discovery requests for city and individual defendants | 3 Hours | $300.00 | Samantha LeBoeuf |
| 7/20/2016 | meeting with Lee and LR | 1 Hours | $100.00 | Samantha LeBoeuf |
| 8/16/2016 | Discovery responses | 2 Hours | $200.00 | Samantha LeBoeuf |
| 8/19/2016 | Preparing Ints responses | 3 Hours | $300.00 | Samantha LeBoeuf |
| 8/19/2016 | Calls with client for ints/docs | 0.7 Hours | $70.00 | Samantha LeBoeuf |
| 8/24/2016 | draft Ints | 2.1 Hours | $210.00 | Samantha LeBoeuf |
| 8/31/2016 | draft Ints | 0.5 Hours | $50.00 | Samantha LeBoeuf |
| 10/31/2016 | tc lee/email LR | 0.2 Hours | $20.00 | Samantha LeBoeuf |
| 11/18/2016 | Attend depos with LR - no charge | 0.1 Hours | $0.00 | Samantha LeBoeuf |
| 11/28/2016 | Hervieux deposition document collection | 1.5 Hours | $150.00 | Samantha LeBoeuf |
| 12/21/2016 | attend depo of LJ - no charge | 3.7 Hours | $0.00 | Samantha LeBoeuf |
| 1/6/2017 | email city re depo tx | 0.1 Hours | $10.00 | Samantha LeBoeuf |
| 1/9/2017 | draft letters to KS | 0.2 Hours | $20.00 | Samantha LeBoeuf |
| 1/9/2017 | Research and prepare VA medical records requests | 0.5 Hours | $50.00 | Samantha LeBoeuf |
| 1/25/2017 | correspondence with city | 0.3 Hours | $30.00 | Samantha LeBoeuf |
| 2/6/2017 | letter to LH | 0.1 Hours | $10.00 | Samantha LeBoeuf |
| 2/17/2017 | review depos and draft motion to compel re hervieux | 3.7 Hours | $370.00 | Samantha LeBoeuf |
| 2/27/2017 | letter to city | 0.1 Hours | $10.00 | Samantha LeBoeuf |
| 3/6/2017 | call with client | 0.2 Hours | $20.00 | Samantha LeBoeuf |
| 3/6/2017 | request CORIs for sons | 0.5 Hours | $50.00 | Samantha LeBoeuf |
| 3/10/2017 | SJ pleading research and edit, email LR re 4th amendment claim | 4.1 Hours | $410.00 | Samantha LeBoeuf |
| 3/24/2017 | SJ opp research/prep | 1.5 Hours | $150.00 | Samantha LeBoeuf |
| 3/24/2017 | call to client | 0.1 Hours | $10.00 | Samantha LeBoeuf |
| 4/5/2017 | review/edit mont. aff, email LR | 0.2 Hours | $20.00 | Samantha LeBoeuf |
| 4/7/2017 | prepare and review SJ opp pleadings | 6.2 Hours | $620.00 | Samantha LeBoeuf |
| 4/10/2017 | opp to bifurcate | 0.8 Hours | $80.00 | Samantha LeBoeuf |
| 4/17/2017 | community caretaker language research | 1 Hours | $100.00 | Samantha LeBoeuf |
| 4/21/2017 | response to opp research | 0.7 Hours | $70.00 | Samantha LeBoeuf |
| 4/21/2017 | review motion to strike | 0.3 Hours | $30.00 | Samantha LeBoeuf |
| 4/21/2017 | review reply to motion for SJ | 0.2 Hours | $20.00 | Samantha LeBoeuf |
| 5/9/2017 | letter to city/review records | 2.3 Hours | $230.00 | Samantha LeBoeuf |
| | **Subtotal Samantha LeBoeuf, paralegal/law student rate** | **53.1** | **$5,310.00** | |

| Date | Description | Duration | Amount billed | Attorney |
|---|---|---|---|---|
| 1/16/2018 | tc client | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 1/16/2018 | review ruling on MSJ | 0.3 Hours | $52.50 | Samantha LeBoeuf |
| 1/17/2018 | tc Lee | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 1/23/2018 | research re failure to screen/train | 2.1 Hours | $367.50 | Samantha LeBoeuf |
| 1/26/2018 | review meds/create binder | 2.2 Hours | $385.00 | Samantha LeBoeuf |
| 1/29/2018 | medicals trial prep | 1.1 Hours | $192.50 | Samantha LeBoeuf |
| 1/31/2018 | create mckay timeline | 1.8 Hours | $315.00 | Samantha LeBoeuf |
| 2/1/2018 | mckay timeline contd | 1.1 Hours | $192.50 | Samantha LeBoeuf |
| 2/16/2018 | read D's appeal | 0.3 Hours | $52.50 | Samantha LeBoeuf |
| 2/23/2018 | tc clerks office/review FRAP re certification of appeal, email LR | 0.2 Hours | $35.00 | Samantha LeBoeuf |
| 2/26/2018 | tcs clerk's office 1st circuit & review app rules | 1 Hours | $175.00 | Samantha LeBoeuf |
| 3/6/2018 | LR CA1 appearance | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 3/6/2018 | tc clerk's office | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 4/23/2018 | review Ponsor order on motion to certify | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 5/8/2018 | google earth/powerpoint for opening statement | 3 Hours | $525.00 | Samantha LeBoeuf |
| 5/25/2018 | review CA1 order to show cause | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 8/20/2018 | tc CA1 | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 8/22/2018 | tc CA1 | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 10/4/2018 | tc CA1, draft motion for leave to file reply | 0.3 Hours | $52.50 | Samantha LeBoeuf |
| 10/29/2018 | read city bifurcation memo, listserv for bifurcation opps | 0.5 Hours | $87.50 | Samantha LeBoeuf |
| 11/12/2018 | research for opp to motion to amend bifurcation, begin drafting | 2.3 Hours | $402.50 | Samantha LeBoeuf |
| 11/13/2018 | research, finish opposition to motion to amend bifurcation order | 4.5 Hours | $787.50 | Samantha LeBoeuf |
| 11/26/2018 | draft joint status report | 0.2 Hours | $35.00 | Samantha LeBoeuf |
| 12/4/2018 | research re trial issues/evidence issues, review opening powerpoint | 2 Hours | $350.00 | Samantha LeBoeuf |
| 12/5/2018 | research re admissibility of IIU reports | 2.4 Hours | $420.00 | Samantha LeBoeuf |
| 12/5/2018 | research re prior complaints | 0.3 Hours | $52.50 | Samantha LeBoeuf |
| 12/7/2018 | research re MIL/admitting prior complaints | 0.8 Hours | $140.00 | Samantha LeBoeuf |
| 12/7/2018 | investigate IIU procedure | 1 Hours | $175.00 | Samantha LeBoeuf |
| 12/7/2018 | meet with LR and LH | 1.5 Hours | $262.50 | Samantha LeBoeuf |
| 12/10/2018 | research re admissibility of IIU investigations | 1.2 Hours | $210.00 | Samantha LeBoeuf |
| 12/10/2018 | MIL re officer admissions | 1.1 Hours | $192.50 | Samantha LeBoeuf |
| 12/10/2018 | email exchange with Dee re updated medical records | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 12/11/2018 | tc city and luke | 0.5 Hours | $87.50 | Samantha LeBoeuf |
| 12/11/2018 | meet with client, Vanessa and LR | 1.2 Hours | $210.00 | Samantha LeBoeuf |
| 12/11/2018 | review pl. initial disclosures, stats for CBHB, review SPD rules/regs | 1.1 Hours | $192.50 | Samantha LeBoeuf |
| 12/12/2018 | continue MIL re mental state/review hervieux personnel file | 2 Hours | $350.00 | Samantha LeBoeuf |
| 12/12/2018 | email city re witness address | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 12/12/2018 | voir dire questions, search listserv for references | 1.5 Hours | $262.50 | Samantha LeBoeuf |
| 12/14/2018 | tc lee | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 12/14/2018 | tc Adrian | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 12/17/2018 | hervieux review, email LR re MIL | 0.7 Hours | $122.50 | Samantha LeBoeuf |
| 12/17/2018 | tc adrian | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 12/18/2018 | tc lee | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 12/18/2018 | lee's house for videos/photos, email LR re photos | 1.2 Hours | $210.00 | Samantha LeBoeuf |
| 12/18/2018 | review SOPs re custody, IIU investigations, returning from leave, CPHB, video for statements | 2.5 Hours | $437.50 | Samantha LeBoeuf |

| Date | Description | Duration | Amount billed | Attorney |
|---|---|---|---|---|
| 12/19/2018 | review CPHB measures, opp to certificate re admissions | 2 Hours | $350.00 | Samantha LeBoeuf |
| 12/19/2018 | MIL re hervieux | 0.5 Hours | $87.50 | Samantha LeBoeuf |
| 12/20/2018 | tc Lee and LR | 0.2 Hours | $35.00 | Samantha LeBoeuf |
| 12/21/2018 | tc clerks office (x2) | 0.2 Hours | $35.00 | Samantha LeBoeuf |
| 12/21/2018 | edit MIL | 0.5 Hours | $87.50 | Samantha LeBoeuf |
| 12/21/2018 | tc city attorney | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 12/21/2018 | prepare exhibits | 1.1 Hours | $192.50 | Samantha LeBoeuf |
| 12/21/2018 | cont'd prep exhibits for disclosure | 1.7 Hours | $297.50 | Samantha LeBoeuf |
| 12/24/2018 | tc lee | 0.2 Hours | $35.00 | Samantha LeBoeuf |
| 12/27/2018 | tc adrian | 0.3 Hours | $52.50 | Samantha LeBoeuf |
| 12/27/2018 | tc lee | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 12/27/2018 | review city MIL re citizens complaints, read cited cases | 1.2 Hours | $210.00 | Samantha LeBoeuf |
| 12/28/2018 | tc potential witness - David., email LR | 0.3 Hours | $52.50 | Samantha LeBoeuf |
| 12/28/2018 | edit/review powerpoint for opening statement | 1.5 Hours | $262.50 | Samantha LeBoeuf |
| 12/31/2018 | tc lee | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 12/31/2018 | tc lee | 0.2 Hours | $35.00 | Samantha LeBoeuf |
| 12/31/2018 | email def. attys re subpoenas | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 12/31/2018 | email Dee re subpoenas | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 12/31/2018 | tc lee | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 12/31/2018 | create family tree exhibit | 1.3 Hours | $227.50 | Samantha LeBoeuf |
| 12/31/2018 | opp to MIL re prior complaints | 2.5 Hours | $437.50 | Samantha LeBoeuf |
| 1/3/2019 | tc docketing clerk | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 1/3/2019 | email LR re revised exhibits | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 1/3/2019 | exhibits for opposing counsel | 2.6 Hours | $455.00 | Samantha LeBoeuf |
| 1/3/2019 | finish opp to MIL re citizen complaints | 0.7 Hours | $122.50 | Samantha LeBoeuf |
| 1/4/2019 | opp MIL re hervieux's medical history | 1.5 Hours | $262.50 | Samantha LeBoeuf |
| 1/4/2019 | google maps re springfield city overview for opening/exhibit | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 1/4/2019 | email def. counsel opps to MILS | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 1/4/2019 | draft, review/edit, prep for file - oppositions to three motions in limine. | 5.6 Hours | $980.00 | Samantha LeBoeuf |
| 1/5/2019 | tc lee | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 1/7/2019 | SPD clerk's office re certified docket | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 1/7/2019 | tc lee | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 1/7/2019 | work on proposed voir dire questions | 0.4 Hours | $70.00 | Samantha LeBoeuf |
| 1/7/2019 | draft Pl. witness list | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 1/7/2019 | begin jury instructions | 1.2 Hours | $210.00 | Samantha LeBoeuf |
| 1/8/2019 | tc city atty | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 1/8/2019 | tc city atty | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 1/8/2019 | tc kevin coyle | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 1/9/2019 | review mot. for relief | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 1/9/2019 | tc lee | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 1/9/2019 | tc gorton's clerk | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 1/9/2019 | tc clerks office | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 1/9/2019 | tc clerks office | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 1/10/2019 | deliver ints/PODs to def. attys, client's house for meeting with witness, & reviewing ints. | 2.4 Hours | $420.00 | Samantha LeBoeuf |
| 1/10/2019 | tc city atty - lisa | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 1/10/2019 | prepare exhibit list for disclosure/filing | 0.5 Hours | $87.50 | Samantha LeBoeuf |
| 1/10/2019 | supp'l response to PODs, letter to counsel | 0.5 Hours | $87.50 | Samantha LeBoeuf |
| 1/10/2019 | email def counsel re two proposed exhibits. | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 1/10/2019 | tc lee | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 1/11/2019 | email def. counsel re ints | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 1/14/2019 | review fitchet depo docs/questions | 0.3 Hours | $52.50 | Samantha LeBoeuf |

| Date | Description | Duration | Amount billed | Attorney |
|---|---|---|---|---|
| 1/14/2019 | draft jury instructions | 1.8 Hours | $315.00 | Samantha LeBoeuf |
| 1/14/2019 | review revised exhibit/witness list and objections to our proposed exhibits | 0.2 Hours | $35.00 | Samantha LeBoeuf |
| 1/15/2019 | prep for fitchet depo | 0.5 Hours | $87.50 | Samantha LeBoeuf |
| 1/15/2019 | fitchet deposition | 3.8 Hours | $665.00 | Samantha LeBoeuf |
| 1/15/2019 | cont'd jury instructions, research re admissibility of police reports | 2.9 Hours | $507.50 | Samantha LeBoeuf |
| 1/17/2019 | draft and file proposed jury instructions, proposed voir dire, proposed verdict form | 4.2 Hours | $735.00 | Samantha LeBoeuf |
| 1/18/2019 | travel to/from boston, final pretrial conference, post hearing conference with defense attorneys, work on designation of fitchet depo, | 7.2 Hours | $1,260.00 | Samantha LeBoeuf |
| 1/19/2019 | tc city lawyer | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 1/19/2019 | trial book re pleadings, research re admissibility of settlement, review revised exhibits, edit exhibits, email city re numbering of exhibits | 3.2 Hours | $560.00 | Samantha LeBoeuf |
| 1/19/2019 | review def. objections to revised exhibit list | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 1/19/2019 | tc videographer | 0.4 Hours | $70.00 | Samantha LeBoeuf |
| 1/20/2019 | trial prep - exhibits, review/edit/file pl. MIL | 6 Hours | $1,050.00 | Samantha LeBoeuf |
| 1/21/2019 | trial prep - exhibit books, tc with city lawyers (x2), tc LR/email re IIU report admission | 5.4 Hours | $945.00 | Samantha LeBoeuf |
| 1/21/2019 | travel to boston | 2.1 Hours | $367.50 | Samantha LeBoeuf |
| 1/22/2019 | trial - jury slection, openings & p. witness | 5.4 Hours | $945.00 | Samantha LeBoeuf |
| 1/22/2019 | review neutral summaries, city redlines, mark/review fitchet depo for exclusion, email LR, email exchange w/ video editor, pre: powerpoint/opening | 2.8 Hours | $490.00 | Samantha LeBoeuf |
| 1/23/2019 | prepare video re youtube video | 0.3 Hours | $52.50 | Samantha LeBoeuf |
| 1/23/2019 | trial | 5.5 Hours | $962.50 | Samantha LeBoeuf |
| 1/23/2019 | mark redactions consistent with rulings, email city, email videographer (x3), review city's exclusions, tc with city and LR, extract audio from youtube video, | 2.2 Hours | $385.00 | Samantha LeBoeuf |
| 1/24/2019 | email videographer, dl/test/prepare video for playing in court | 0.3 Hours | $52.50 | Samantha LeBoeuf |
| 1/24/2019 | trial | 4.6 Hours | $805.00 | Samantha LeBoeuf |
| 1/24/2019 | review def motions for JMOL, research, draft oppn and edit, email for filing | 3.4 Hours | $595.00 | Samantha LeBoeuf |
| 1/25/2019 | review/edit JMOL Opps | 0.8 Hours | $140.00 | Samantha LeBoeuf |
| 1/25/2019 | trial | 5.5 Hours | $962.50 | Samantha LeBoeuf |
| 1/27/2019 | redact d med records, redact pl. med records, review city JIs, edit ex. 89 re sound, email city atty | 4 Hours | $700.00 | Samantha LeBoeuf |
| 1/28/2019 | trial - closings, charge conference | 2.3 Hours | $402.50 | Samantha LeBoeuf |
| 1/28/2019 | prepare electronic exhibits for jury/court, review DH closing, prep. powerpoint for closing, email city re video exhibit | 4 Hours | $700.00 | Samantha LeBoeuf |
| 1/29/2019 | finish powerpoint re closing, trial - closings, juror deliberations, try to fix video exhibits for jury | 8.9 Hours | $1,557.50 | Samantha LeBoeuf |
| 1/30/2019 | court for deliberations, meet with client & family | 1.6 Hours | $280.00 | Samantha LeBoeuf |
| 1/31/2019 | research re prejudgment interest | 0.6 Hours | $105.00 | Samantha LeBoeuf |
| 2/1/2019 | research re atty fees/costs | 1.3 Hours | $227.50 | Samantha LeBoeuf |
| 2/1/2019 | cont'd research re fees/costs, review/edit draft of fee petition | 1.2 Hours | $210.00 | Samantha LeBoeuf |
| 2/4/2019 | review/edit/research fee petition | 2.5 Hours | $437.50 | Samantha LeBoeuf |
| 2/6/2019 | email exchange w/ Christine | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 2/7/2019 | cont'd atty fees pleadings | 0.7 Hours | $122.50 | Samantha LeBoeuf |

| Date | Description | Duration | Amount billed | Attorney |
|---|---|---|---|---|
| | | | | |
| 2/7/2019 | email city | 0.1 Hours | $17.50 | Samantha LeBoeuf |
| 2/7/2019 | draft motion for leave | 0.2 Hours | $35.00 | Samantha LeBoeuf |
| | **Subtotal Samantha LeBoeuf, attorney rate** | **171.5** | **$30,012.50** | |
| | | | | |
| | | | | |
| | **Grand total, attorneys' fees** | **690.8** | **$ 193,600.00** | |