| Date | Description | Amount |
|---|---|---|
| 6/17/2015 | Social Security Administration (records) | $82.00 |
| 6/17/2015 | Baystate Health (medical records) | $23.74 |
| 6/17/2015 | Baystate Health (medical records) | $42.42 |
| 1/13/2016 | U.S. District Court (Massachusetts) (filing fee) | $400.00 |
| 8/31/2016 | Catuogno & StenTel, transcript of criminal hearing ($1034 split w/City) | $517.00 |
| 9/14/2016 | CORI Attorney Request Form | $25.00 |
| 9/28/2016 | Baystate Health (medical records) | $102.51 |
| 11/9/2016 | Baystate Health (medical records) | $117.31 |
| 12/13/2016 | Catuogno & Sten-tel (transcripts) | $475.00 |
| 12/21/2016 | Accurate Court Reporting - deposition transcripts of Keith Hutchins and Lee Hutchins | $859.10 |
| 2/1/2017 | Catuogno & StenTel | $289.78 |
| 2/1/2017 | Accurate Court Reporting - depo transcript of Lee Hutchins | $435.65 |
| 3/6/2017 | iCori reports for Keith Hutchins, Lee Hutchins | $50.00 |
| 1/4/2019 | UPS to clerk | $25.66 |
| 1/15/2019 | Catuogno Court Reporting - video depo (transcript and videographer) of Fitchet | $1,935.08 |
| 1/21/2019 | AIRBNB (accommodations) | $609.66 |
| 1/21/2019 | AIRBNB (accommodations) | $609.66 |
| 1/21/2019 | AIRBNB (accommodations) | $1,044.33 |
| 1/21/2019 | AIRBNB (accommodations - late check out fee) | $50.00 |
| 1/30/2019 | Parking in Boston during trial | $296.00 |
| 1/30/2019 | Transportation costs during trial in Boston | $148.43 |
| 1/30/2019 | High Street Health Center (medical records) | $254.42 |
| | **Total expenses** | **$8,392.75** |