UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Lee Hutchins
          Plaintiff(s)

          v.                                    CIVIL ACTION NO. 16-30008-**NMG**

Daniel J. McKay, et al
          Defendant(s)

## JUDGMENT IN A CIVIL CASE

 GORTON          , D.J.


**X**     **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried
          and the jury has rendered its verdict.


☐     **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have
          been tried or heard and a decision has been rendered.

     **IT IS  ORDERED AND ADJUDGED**

     **Judgment is entered in favor of Plaintiff against Defendant Hervieux, in the amount of
     $250,000.00, and Defendant City of Springfield only.**


                                        ROBERT F. FARRELL,
                                        CLERK OF COURT

Dated: 2/19/19                          By  /s/ Christine M. Lima
                                              Deputy Clerk


NOTE:  The post judgment interest rate effective this date is  2.54   %.

(Judgment post jury trial.wpd - 3/7/2005)