UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEE HUTCHINS, SR., <br><br> Plaintiff, <br><br> v. <br><br> DANIEL J. MCKAY, FELIX M. ROMERO, THOMAS HERVIEUX, and THE CITY OF SPRINGFIELD, <br><br> Defendants | NO. 3:16-cv-30008-NMG |

## AFFIDAVIT OF EDWARD M. PIKULA

I, Edward M. Pikula, on oath, hereby depose and state:

1. I am the City Solicitor for the City of Springfield, a position I have held since January 2006. I have been employed in the City of Springfield Law Department since 1980, and as an attorney handling police misconduct litigation in state and federal courts in trial and appeals, including oral argument in the United States Supreme Court.

2. In my capacity as counsel for the City of Springfield I have been involved in the defense of more than 100 civil rights claims involving police officers over the course of my career.

3. In my capacity as City Solicitor I approve contracts for outside counsel when the need arises.

4. In the last year I have approved two (2) separate contracts for outside counsel experienced with federal civil rights police misconduct litigation to assist in the defense of civil rights claims involving police misconduct. One contract is with Carole Lynch,

1

from Morrison, Mahoney and Miller; the other is with Kathleen Sheehan, who from Keyes and Donnellan. Both attorneys have substantial litigation experience spanning decades.

5. Each of the contracts at issue are with counsel in private practice, who have more than 30 years of trial and litigation experience, including complex matters and municipal law.

6. Each of these attorneys is being compensated at the rate of $175.00 per hour.

7. Further, their associates' time is compensated at $165.00 per hour, and paralegal time is compensated at $95.00 per hour.

SIGNED under penalty of perjury this 21st day of February, 2019.

_[signature]_

Edward M. Pikula
City Solicitor
36 Court Street
Springfield, MA 01103
(413) 787-6085