| | | | | |
|---|---|---|---|---|
| David Hoose | | | | |
| 2/28/2019 | 0.4 | $ | 160.00 | edit reply memo/draft affidavit of Pucci |
| 2/28/2019 | 0.1 | $ | 40.00 | emails and texts to John Pucci |
| 3/1/2019 | 0.1 | $ | 40.00 | email affidavit to Pucci |
| | subtotal | $ | 240.00 | |
| | | | | |
| | | | | |
| Luke Ryan | | | | |
| 2/22/2019 | 0.2 | $ | 65.00 | review Defendants' objections to fee petition |
| 2/25/2019 | 0.1 | $ | 32.50 | email exchange w/Atty de Sousa re Defs' amended objection |
| 2/28/2019 | 7.2 | $ | 2,340.00 | research/draft reply in support of fee petition |
| | subtotal | $ | 2,437.50 | |
| | | | | |
| | | | | |
| Samantha LeBoeuf | | | | |
| 3/1/2019 | 0.8 | $ | 140.00 | review/edit reply in supp. of fee petition, draft motion for leave; draft/email Elkins affidavit |
| | subtotal | $ | 140.00 | |
| | | | | |
| | **Total:** | **$** | **2,817.50** | |