Exhibit B

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEE HUTCHINS, SR.<br>Plaintiff<br><br>v.<br><br>DANIEL McKAY, et. al. | Civil NO. 16-cv-30008-NMG |

### AFFIDAVIT OF JOHN PUCCI, ESQ.

I, John Pucci, Esq., hereby state under pains and penalties of perjury that the following is true to the best of my knowledge, information and belief:

1. I am a licensed attorney in the Commonwealth of Massachusetts and have practiced law in the Greater Springfield area since 1990. My practice has been focused on criminal and civil litigation, primarily in the federal courts. Prior to entering private practice in 1994, I worked for the Department of Justice as an Assistant United States Attorney, first in Philadelphia, PA and later as the Attorney-in-Charge of the Springfield, MA United States Attorneys Office.

2. I am currently a partner in the law firm Bulkley, Richardson and Gelinas (BRG). BRG is the largest law firm in Western Massachusetts. I have been with BRG since 2012. Prior to becoming a partner at BRG, I was a partner in the Northampton law firm of Fierst and Pucci.

3. I am well acquainted with the law firm Sasson, Turnbull, Ryan & Hoose (STRH).

4. I feel that I am also well acquainted with the market rates for associates engaged in civil and criminal litigation in Western Massachusetts, as BRG employs several associates in these areas.

5. I know Attorney Samantha LeBoeuf to be an associate at STRH who works primarily for Attorneys David Hoose and Luke Ryan.

6. I have been informed and believe that Ms. LeBoeuf is a second-year associate, who graduated near the top of her class at Western New England University School of Law, where she was a public interest scholar and member of the law review.

7. Based on my experience and use of associates in my own practice, as well as the reputation of the legal work done by STRH, I believe the hourly rate of $175.00 is more than reasonable for Attorney LeBoeuf. Within my own Springfield law firm, associate rates range from $175.00 to $280.00 per hour.

Signed under pains and penalties of perjury this 1st day of March, 2019

_____
John Pucci, Esq.