Exhibit C

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
                                           \*
**LEE HUTCHINS, SR.**       \*
        **Plaintiff**                  \*
                                           \*      **Civil NO. 16-cv-30008-NMG**
             **v.**                    \*
                                           \*
**DANIEL McKAY, et. al.**     \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF MARISSA ELKINS, ESQ.

I, Marissa Elkins, Esq., hereby state under pains and penalties of perjury that the following is true to the best of my knowledge, information and belief:

1. I am a licensed attorney in the Commonwealth of Massachusetts and Texas (non-practicing) and have practiced law in Massachusetts since 2006. My practice has been focused on criminal defense and civil rights litigation.

2. I am currently a Managing Member in the law firm Elkins, Auer, Rudof & Schiff (previously Elkins Law Group). After spending three years in Northampton Public Defender office of CPCS, I have been in private practice since 2009. From 2009 through 2012 I was in the firm of (then) Allison, Angier, Bartmon, Elkins, & Fernald in Amherst, MA. I left that firm in 2012 to enter solo practice, which evolved into the firm where I now practice.

3. I am well acquainted with the law firm Sasson, Turnbull, Ryan & Hoose (STRH). I worked as a law clerk for STRH when I was in law school, 2003 – 2005, and continue to be familiar with the firm's work in the years since.

4. I am well acquainted with the market rates for associates engaged in civil and criminal litigation in Western Massachusetts, as our firm has employed associates in these areas over the last several years. Most recently, until she was named partner in April 2018, Kelly Auer's rate was $250 per hour.

5. I know Attorney Samantha LeBoeuf to be an associate at STRH who works primarily for Attorneys David Hoose and Luke Ryan.

6. I have been informed and believe that Ms. LeBoeuf is a second-year associate, who graduated near the top of her class at Western New England University School of Law, where she was a public interest scholar and member of the law review.

7. Based on my experience and use of associates in my own practice, as well as the reputation of the legal work done by STRH, I believe the hourly rate of $175.00 is more than reasonable for Attorney LeBoeuf.

Signed under pains and penalties of perjury this 1st day of March, 2019

_____
Marissa Elkins, Esq.