# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| **LEE HUTCHINS, SR.,** ) | |
| Plaintiff, ) | **CIVIL ACTION NO. 3:16-cv-30008** |
| ) | |
| v. ) | |
| ) | |
| **DANIEL J. MCKAY, FELIX M.** ) | |
| **ROMERO, THOMAS HERVIEUX, and** ) | |
| **THE CITY OF SPRINGFIELD** ) | |
| ) | |
| Defendants ) | |
| _____ | |

## **DEFENDANTS' MOTION FOR A NEW TRIAL**

NOW COME DEFENDANTS, Daniel J. McKay, Felix M. Romero, and Thomas Hervieux and hereby move this Honorable Court to grant them a new trial pursuant to Federal Rule of Civil Procedure 59(a).

As grounds therefore, Defendants state:

1. Based upon the totality of the evidence presented at trial, no reasonable jury would have a legally sufficient credible evidentiary basis to find in favor of the Plaintiff and;

2. A new trial is necessary in order to prevent a grave injustice to Defendants.

Respectfully Submitted
The Defendants, City of Springfield,
By their Attorney

*/s/ Lisa C. deSousa*
Lisa C. deSousa, Esquire
BBO#: 546115
Jeremy Saint Laurent, Esquire
BBO# 698682
Kathleen E. Sheehan, Esquire
BBO#456910
1600 East Columbus Ave., Second Floor
Springfield, MA 01103
Tel:   (413) 787-6085
Fax:  (413) 787-6173
Email: ldesousa@springfieldcityhall.com

/s/ Kevin B. Coyle
Kevin B. Coyle, Esq. BBO#103540
1299 Page Boulevard
Springfield, MA 01104
Tel: (413) 787-1524
attycoyle@aol.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the within document was this day served upon all counsel via the Federal Court's ECF Notice and delivery System to all parties.

SIGNED under the pains and penalties of perjury.

/s/ Lisa C. deSousa

Dated:   March 19, 2019