# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____

|  |  |
|---|---|
| **LEE HUTCHINS, SR.,** ) | |
| ) | |
| Plaintiff, ) | **CIVIL ACTION NO.  3:16-cv-30008** |
| ) | |
| v. ) | |
| ) | |
| **DANIEL J. MCKAY, FELIX M.** ) | |
| **ROMERO, THOMAS HERVIEUX, and** ) | |
| **THE CITY OF SPRINGFIELD** ) | |
| ) | |
| Defendants ) | |

_____

_____

## DEFENDANTS' NOTICE OF APPEAL
_____

Notice is hereby given that Daniel J. McKay, Felix M. Romero, Thomas Hervieux and the City of Springfield, defendants in the above named case, hereby appeal to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on February 19, 2019.

**Respectfully Submitted:**
**The Defendants,**
By its attorneys,

/s/  Lisa C. deSousa                                    /s/ Kevin B. Coyle
Lisa C. deSousa, Esq. BBO # 546115           Kevin B. Coyle, Esq. BBO#103540
Jeremy Saint Laurent, Esq. BBO#698682     1299 Page Boulevard
City of Springfield Law Department              Springfield, MA 01104
1600 East Columbus Ave., 2nd Floor             Tel:    (413) 787-1524
Springfield, MA  01103                                  attycoyle@aol.com
Tel:    (413) 787-6085
ldesousa@springfieldcityhall.com
jsaintlaurent@springfieldcityhall.com

## Certificate of Service

The undersigned hereby certifies that a true copy of the within Defendants' Notice of Appeal was this day served upon all counsel via the Federal Court's ECF Notice and delivery System to all parties. I am unaware of any party who is a non-registered participant and therefore electronic filing is the sole means of this document.

SIGNED under the pains and penalties of perjury.

Dated:  March 20, 2019                                           /s/ Lisa C. deSousa
                                                                 Lisa C. deSousa, Esq.