United States District Court

District of Massachusetts

| | | |
|---|---|---|
| LEE HUTCHINS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO: 3:16-cv-30008 |
| v | ) | |
| DANIEL J. MCKAY, | ) | |
| FELIX M. ROMERO, | ) | |
| THOMAS HERVIEUX and | ) | |
| THE CITY OF SPRINGFIELD | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## SECOND JOINT MOTION FOR EXTENTION OF TIME TO RESPOND TO DFENDANTS' POST-TRIAL REQUESTS FOR RELIEF AND MOTIONS

Now come Defendants, Daniel J. McKay, Felix M. Romero, Thomas Hervieux and the City of Springfield (hereinafter "Defendants") and Plaintiff, Lee Hutchins Sr., ("Plaintiff") and hereby respectfully request that this Court grant Plaintiff additional time to respond to Defendants' post-trial motions and memorandums. As reasons therefore the parties state the following:

1. This Court entered judgment in Plaintiff's favor in connection to the above captioned matter on February 19, 2019.

2. On March 19, 2019, Defendants filed a Motion for Judgment as a Matter of Law or in the Alternative Alter Judgment and a Motion for a New Trial.

3. The parties have been engaged in meaningful settlement discussions.

4. The parties are scheduled for mediation in front of Judge King in the First Circuit on May 8, 2019, and would like to be granted until May 22, 2019, to file replies to Defendants' pending post-trial motions and memorandums.

WHEREFORE, all parties respectfully request that this Court grant Plaintiff an extension of time and allow Plaintiff until May 22, 2019, to file oppositions to Defendants' post-trial motions and memorandums.

Dated:  April 11, 2019                                                                          Respectfully Submitted,

**The Defendants
By their attorneys,**

/s/   Lisa C. deSousa
_____
Lisa C. deSousa, Esq., BBO #546115
Kathleen E. Sheehan, Esq., 456910
Jeremy Saint Laurent, Esq., BBO# 698682
City of Springfield Law Department
1600 E. Columbus Ave., Second Floor
Springfield, MA 01103
Phone: (413)787-6085
Fax: (413) 787-6173
ldesousa@springfieldcityhall.com


_____/s/ Kevin B. Coyle_____
Kevin B. Coyle, Esq., BBO# 103540
1299 Page Blvd
Springfield, MA 01104
Phone: (413) 787-1524
Fax: (413) 787-1703
attycoyle@aol.com

**The Plaintiff
By his attorneys,**

_____/s/ Luke Ryan_____
Luke Ryan, Esq., BBO# 664999
David Hoose, Esq., BBO# 239400
SASSON, TURNBULL, RYAN & HOOSE
100 Main Street, 3rd Floor
Northampton, MA 01060
(413) 586-4800
lryan@strhlaw.com

## **CERTIFICATE OF SERVICE**

I, Luke Ryan, hereby certify that on this 11th day of April, 2019, a true copy of the foregoing document was served upon all parties via the Federal Court's ECF Notice and Delivery System.

                                                   /s/ Luke Ryan