# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____

|  |  |
|---|---|
| **LEE HUTCHINS, SR.,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| **DANIEL J. MCKAY, FELIX M. ROMERO, THOMAS HERVIEUX, and THE CITY OF SPRINGFIELD** | ) ) ) ) ) |
| Defendants | ) |

CIVIL ACTION NO. 3:16-cv-30008

_____

_____

## JOINT MOTION TO VACATE JUDGMENT PURSUANT TO
## FED.R.CIV.P. 60(b)
_____

NOW come Defendants, Daniel J. McKay, Felix M. Romero, Thomas Hervieux and the City of Springfield and Plaintiff, Lee Hutchins Sr. and petition this Court, pursuant to Fed. R. Civ. P 60(b), to vacate the Judgment entered in the above captioned matter on February 19, 2019. As reasons therefore, the parties state:

1. On February 19, 2019 this Court entered Judgment for the Plaintiff in the amount of two hundred fifty thousand dollars ($250,000.00).

2. On May 8, 2019 the Parties participated in mediation before the Honorable Judge King.

3. On May 8, 2019, the Parties reached a settlement agreement.

4. As a condition of the settlement, the Parties agreed that the February 19, 2019 judgment would be vacated upon court approval.

WHEREFORE, the Defendants, Daniel J. McKay, Felix M. Romero, Thomas Hervieux and the City of Springfield and Plaintiff, Lee Hutchins Sr. request this Court vacate the judgment entered in the above captioned matter in accordance with Fed. R. Civ. P 60(b)(5).

**Respectfully Submitted:**
**The Defendants,**
By their attorneys,

/s/  Lisa C. deSousa                                    /s/ Kevin B. Coyle
Lisa C. deSousa, Esq. BBO # 546115        Kevin B. Coyle, Esq. BBO#103540
Jeremy Saint Laurent, Esq. BBO#698682   1299 Page Boulevard
City of Springfield Law Department            Springfield, MA 01104
1600 East Columbus Ave., 2nd Floor          Tel:    (413) 787-1524
Springfield, MA  01103                                attycoyle@aol.com
Tel:    (413) 787-6085
ldesousa@springfieldcityhall.com
jsaintlaurent@springfieldcityhall.com

**The Plaintiff,**
By his Attorney,

/s/ Luke Ryan
Luke Ryan, Esq. BBO# 664999
David Hoose, Esq. BBO# 239400
SASSON, TURNBULL, RYAN & HOOSE
100 Main Street, 3rd Floor
Northampton, MA 01060
Tel:    (413) 586-4800
lryan@strhlaw.com
dhoose@strhlaw.com

### Certificate of Service

The undersigned hereby certifies that a true copy of the within Joint Motion to Vacate Judgment was this day served upon all counsel via the Federal Court's ECF Notice and delivery System to all parties. I am unaware of any party who is a non-registered participant and therefore electronic filing is the sole means of this document.

SIGNED under the pains and penalties of perjury.

Dated:  May 31, 2019                          /s/ Lisa C. deSousa
                                                              Lisa C. deSousa, Esq.