## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEE HUTCHINS, SR.,      ) <br>      ) <br> Plaintiff,      ) <br>      ) <br> v.      ) <br>      ) <br> DANIEL J. MCKAY, FELIX M.      ) <br> ROMERO, THOMAS HERVIEUX, and ) <br> THE CITY OF SPRINGFIELD      ) <br>      ) <br> Defendants      ) | CIVIL ACTION NO.  3:16-cv-30008 |

## JOINT MOTION TO VACATE JUDGMENT PURSUANT TO FED.R.CIV.P. 60(b)

NOW come Defendants, Daniel J. McKay, Felix M. Romero, Thomas Hervieux and the City of Springfield and Plaintiff, Lee Hutchins Sr. and petition this Court, pursuant to Fed. R. Civ. P 60(b), to vacate the Judgment entered in the above captioned matter on February 19, 2019. As reasons therefore, the parties state:

1. On February 19, 2019 this Court entered Judgment for the Plaintiff in the amount of two hundred fifty thousand dollars ($250,000.00).

2. On May 8, 2019 the Parties participated in mediation before the Honorable Judge King.

3. On May 8, 2019, the Parties reached a settlement agreement.

4. As a condition of the settlement, the Parties agreed that the February 19, 2019 judgment would be vacated upon court approval.

*Joint motion allowed.* /s/N Gorton, USDJ 6/18/19