# United States Court of Appeals
## For the First Circuit

No. 19-1291

LEE HUTCHINS

Plaintiff - Appellee

v.

DANIEL J. MCKAY; FELIX M. ROMERO; THOMAS HERVIEUX; CITY OF SPRINGFIELD

Defendants - Appellants

**JUDGMENT**

Entered: June 26, 2019
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' joint motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Kathleen E. Sheehan
Lisa Caryl deSousa
Kevin Barry Coyle
David P. Hoose
Luke S. Ryan