# United States Court of Appeals
## For the First Circuit

No. 19-1291

LEE HUTCHINS

Plaintiff - Appellee

v.

DANIEL J. MCKAY; FELIX M. ROMERO; THOMAS HERVIEUX; CITY OF SPRINGFIELD

Defendants - Appellants

**MANDATE**

Entered: June 27, 2019

In accordance with the judgment of June 27, 2019, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Kevin Barry Coyle
David P. Hoose
Luke S. Ryan
Kathleen E. Sheehan
Lisa Caryl deSousa